# EXHIBIT A

## Preliminary Round A Presentation

# Joonko

## Round A

### Preliminary

### Draft 0.1

## Agenda

- Joonko Intro (Team + Product)
- Product Metrics
- Traction & Revenue
- 2021-23 Outlook
- Summary



# Team



**Ilit Raz**
Co-founder & CEO

- +18 years of experience as a product manager and software engineer
- BA in Computer Science (Cum Laude) and Executive MBA
- 8200 (Army Intelligence Unit) alumni as technical leader



**Nofar Bracha**
Chief Technology Officer



**Pe'era Feldman**
VP Marketing

## Our brightest supporters

techstars

salesforce

Kapor CAPITAL

ALABAMA FUTURES FUND

# We automate sourcing for you

Whether remote or on-site, Joonko unleashes the power of diverse talent and helps companies source diverse talent from all across the US



## HOW DOES IT WORK? STEP 1






# HOW DOES IT WORK? STEP 2



# US largest pool of qualified underrepresented candidates:

# 102,970



# Spotlight on Joonko's candidate pool




Representation




Seniority




Gender




Professions

10% of Joonko's pool are veterans

# Trusted by talent leaders around the world

33across

Regions

CoStar Group

PayPal

Qumulo

ATLASSIAN

sift science

Counsyl

adidas

projectline

NIKE

intuit

AMERICAN EXPRESS

# Product Metrics

**+32%**
Incoming applications from underrepresented candidates

**74%**
Applicants land a 1st interview

**+17%**
Improvement in Time-to-Hire

**+2M**
Applications processed by Joonko

**112**
Hires made (monthly)

## Traction

- 120 companies on the platform
- 600% (estimated) growth YoY in deals value (based on Jan. 21 results)
  - Zero marketing budget
- Increased demand by F500 companies
- ACV is $33k (growth of 22% from Q4 2020)
- First 2Y contracts in process



Joonko

## 2022-23 Outlook

| | Q4 20 | Q1 21 | Q2 21 | Q3 21 | Q4 21 | H1 22 | H2 22 | H1 23 | H2 23 |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | $130K | $180K | $250K | $360K | $670K | $2.3m | $4.1m | $5.4m | $8.1m |
| ARR | $520K | $1.08m | $1.55m | $2.4m | $5.3m | $6.8 | $12m | $13.4m | $22.8m |
| 🇺🇸 Employees | 2 | 3 | 3 | 5 | 8 | 16 | 27 | 37 | 48 |
| 🇮🇱 Employees | 8 | 8 | 8 | 9 | 10 | 20 | 25 | 33 | 39 |
| Expenses | $230K | $360K | $420K | $520K | $800K | $2.8m | $4.2m | $5.6m | $7.3m |

🇺🇸 Customer facing employees, including sales, marketing, CS etc.

🇮🇱 RnD and product

# Summary

## We automate sourcing for you

Whether remote or on-site, Joonko unleashes the power of underrepresented talent and helps companies source diverse talent from all across the US

**Strong Team**

**120 Companies**

**$1.47M in 2021**



**Ilit Raz**
Co-founder & CEO



**Nofar Bracha**
Chief Technology Officer



**Pe'era Feldman**
VP Marketing



# Joonko

## Board Meeting
## Jan. 2021

Thank You!