# EXHIBIT C

## A-Round Presentation




# Joonko

A-Round



## Ilit Raz
**Founder & CEO**

+18 years of experience as a product manager and software engineer.

B.A. in Computer Science (Cum Laude) and Executive MBA.

Technical leader,
8200 Intelligence Unit , IDF.



## Nofar Bracha
**CTO**

+10 years experience as Senior software engineer; Software Team Leader, Israeli Air Force



## Pe'era Feldman
**VP Marketing**

+15 years as B2B Tech marketing executive experience;
MSc in Tech marketing.

# We Automate Sourcing

Joonko creates a completely new way for companies **to source and recruit underrepresented candidates with its automated recruiting solution**

McKESSON REGIONS KAYAK

ATLASSIAN NIKE AMERICAN EXPRESS

# 2021 Overview



**31**
**Employees**

**153**
**Companies on platform**

**185K**
**Active Candidates**

**16%**
**Of underrepresented hires come from Joonko**

**$1.94M**
**ARR** ($250K in 2020)

**$62K**
**ACV** (40 paying)

**140%**
**NDR** (0% Churn)

**$18B**
**TAM US**

# Tailwind Factors






DE&I Manager - #2 Fastest-growing job title in the U.S.

# What and how Joonko works?



# What makes Joonko *unique?*

## Silver Medalist Quality

Candidate quality is ensured by talent teams at great companies.

## Diversity Focused

Every single candidate referred is a woman, person of color, or veteran.

## Effortless Sourcing

Talent teams receive high quality candidates without any extra effort.

## Exposing Opportunity

Talent teams can turn rejection into additional opportunities for high potential candidates.




# Sourcing Landscape



**10% of Joonko's pool are veterans**




**Representation**




**Seniority**




**Gender**




**Professions**

# Zoom in to the candidate pool

adidas

“Joonko has been immeasurably effective in helping our team **attract more diverse candidates, by bringing them directly to our recruiters and keeping track of our hiring progress** while advancing these candidates."

AMERICAN EXPRESS

“Diversity is at the heart of our culture and **Joonko helped us turn this aspiration to a successful reality**”.

accenture

“I love the fact that I don’t need another dashboard and that relevant candidates are simply flowing into our ATS, **saving me so much time on sourcing. Because of Joonko, I was able to get back to what really matters** - hiring great talent”.



# ARR 2021


$2M
$1.75M
$1.5M
$1.25M
$1M
$0.75M
$0.5M
$0.25M
0
$258k
$748k
$1.2M
$1.9M
Q1-21
Q2-21
Q3-21
Q4-21

# ARR 2022



# "The Expansion Effect"



# Market Size

+500 Employees

US Based



+30 Jobs Opening

**18m open roles on Linkedin**

×

**$1000/open**

Open role in Joonko

=

**$18B Market**

# Go To Market



**88 New Customers**

↓

**Avg ACV $60K**

↓

**$ 1.9m Existing** | **$5.2m New** | **$7.1m**

# Company Structure



# Joonko as DE&I Management Platform



# We're Raising

# $25m

which will bring us to

**$22m**
ARR

**315**
Clients

**4.5m**
Talents

In 2 Years

# Thank You!

