# EXHIBIT E

## Q3 2022 Board Deck

2022

# Joonko | Q3 Board Meeting

Joonko

# Agenda

- **Q3 Highlights:**
  - Highs & Lows
  - Q4 Goals
  - Get it out of the way approvals
- **Marketing:**
  - Interim Management
  - Effort Distribution
  - Top of the funnel conversion
  - Q4 Projections
- **Sales:**
  - Sales KPIs (Q3+ MoM)
  - Pipeline Conversion
  - CAC
  - Team Efficiency
  - Q4 Projections
- **Financials:**
  - Key Metrics
  - Q4 Plans
- **Product & RnD:**
  - Pool Growth
  - Hires
  - RnD Q4 Plans
- **Discussion:**
  - Market Trends
  - M&A exploring
  - N.L

Joonko

# Joonko Today

41
Employees

172
Companies on platform

251K
Active Candidates

15%
Of underrepresented hires come from Joonko

$7.2M
ARR

$80K
ACV

125%
NDR

# Company Structure



# Q3 Highlights



# Q3 Highs

- **17 New logos** TARGET UCLA
- **Average deal size $76K**

  (11% growth compared to Q2)
- **Q3 ARR - $2.15M plan vs. $2.19 actual**
  - Hitting **$5.94M** in **ARR**
- **NY Office management established:**
  - Albrey, new VP & GM
  - New Director of Sales
  - New CS department
- **All company week in *Tel Aviv***

# Q3 Lows

- **Losing 2 major deals** (Microsoft, McKinsey)
    - Due to change of sales management
- **Lost 2 customers** (first time churn)
    - Projekt202 - $25K deal
    - Riot Games - $55K deal
- **Jopwell Deal**
- **Personal low: No monthly updates sent**

**Hit $8.25 in ARR**
(Growing from $5.94M)

# Q4 Goals

**Hire :**
- Sr. Financial function
- VP Product
- VP HR
- Backend TL

**Evaluate AEs efficiency & understanding Enterprise Sales capabilities**

# Marketing



# Pe’era is going on maternity leave

Leaving Dec. 2022

Coming Back March 2023

## Action Plan

**Albrey**
to cover content, PR,
Conferences & Meetups

**Ilit**
to cover paid efforts
(BDR & Campaigns)

# Marketing Team Interim Structure



# Efforts Distribution Paid

(Media + Marketing Salaries)

## Online Campaigns

$223K

50 MQLs

## Conference

$46K

25 MQLs

## BDR Team

$43.8K

38 MQLs

## Content Development

$84K

11 MQLs

Total spent:

**$397K**

Total MQLs:

**124**

MQL Cost:

**$3,201**

# Efforts Distribution "Organic"

## Personal Network
(Albrey, Erik, Ajay)

18 High intent opportunities

| Dropbox | stripe | HERMÈS PARIS | Airtable | JPMorganChase | GENESIS |
|---|---|---|---|---|---|
| (Q1 23') | (Q4 22') | (Q1 23') | (Q4 22') | (Q2 23') | |

## Investors Network
(Vertex)

2 High intent opportunities

| PEPSICO | Goldman Sachs |
|---|---|
| (Q4 22') | (Q1 23') |

## Real organic inbound MQLs
32

# Top of the Funnel Conversion

| Total MQLs | Funnel | MQL (by funnel) | Opp* (by funnel) | Conv. (by funnel) | Total Opp. |
|---|---|---|---|---|---|
| 176 | Paid | 50 | 34 | 68% | 122 (69% conv) |
| | Conference | 25 | 13 | 52% | |
| | BDR | 38 | 29 | 76% | |
| | Content | 11 | 8 | 72% | Cost of Opportunity $3,073 |
| | Intros | 20 | 20 | 100% | |
| | Organic | 32 | 18 | 56% | |

* Meeting accrued with AE, qualified and process evolves

# Q4 Projections

| Funnel | Q3 CAC | Budget | MQL (by funnel) | Opp (based on Q3 conv) |
|---|---|---|---|---|
| Paid | $50K | $291K | 50 | 40 |
| BDR | $8.7K | $45K | 48 | 34 |
| Content | $42K | $84K | 18 | 10 |
| Intros | $0 | $0 | 15 | 15 |
| Organic | $0 | $0 | 39 | 19 |
| **Total** | | **$421K** | **170** | **118** |

Cost of Opportunity

**$3,567**

**↑ 11%**

# Paid Efforts Q3 vs Q4



# Sales



# High level Metrics

$5.94M
**ARR**

$856K
**Retention & Expansion ARR**

$76K
**ACV**

$1.34M
**New Logos ARR**

17
**New Logos**

125%
**NDR**

2
**Customers Churn**

# New Logos in Q3

UCLA
$100,000

NUTANIX
$70,000

TARGET
$110,000

samsara
$55,000

PORSCHE
$65,000

KORN FERRY
$65,000

GOLIN
$75,000

MARQETA
$95,000

GRAINGER®
$56,000

# ARR QoQ


38%
$5.94m
$6,000,000
46%
$4.29m
51%
$4,000,000
43%
$2.94m
$1.94m
$2,000,000
$1.35m
$0
Q3-2021
Q4-2021
Q1-2022
Q2-2022
Q3-2022

# ACV QoQ


$80,000
$60,000
$40,000
$20,000
$0
$60,000
$65,455
$52,292
$68,185
$76,143
Q3-2021
Q4-2021
Q1-2022
Q2-2022
Q3-2022

# Conversion Rates



# Full Paid Funnels




| | Online Campaigns | BDR | Content & Events |
|---|---|---|---|
| Overall Conversions: | 8% | 13% | 5% |

# Full "Organic" Funnels

## Intros




## Organic Traffic




Most "Intros efforts" started relatively towards the end of Q3, will know better the conversions in Q4+Q1

| Overall Conversions: | 15% | 9% |
|---|---|---|

# CAC

| Effort | Cost |
|---|---|
| AEs Salaries | $140,000 |
| Ilit + Albrey (25%) | $100,000 |
| Marketing | $375,000 |
| Total Cost | $615,000 |

**$615,000 / 17** new customers = **$36,176** CAC

# AE Efficiency



# Q4 Projections

**$1.8M** New Logos Revenue + **$900K** Retention & Expansion = **$2.7M** ARR

**21** New Logos

**1-2 Sr. AEs** New Hire

**0-1** Churn

# Financial



# Key Metrics

$2.5M
**Gross Burn**

$19.8M
**Cash Balance**

$351K
**Net Burn**

4.5Y
**Runway**

# Q4 Plans

- **Hire Sr. Financial function**
- **E&Y Audit**

  First time doing a Big4 audit, for a merged financials of US+IL
- **Starting a quarterly reporting both on IL & US side**
- **2023 budget approval**

# Product & RnD



# Pool Growth


$1,250,000
$1,000,000
$750,000
$500,000
$250,000
$0
$546,904
$622,688
$701,167
$876,459
$1,113,103
Q3-2021
Q4-2021
Q1-2022
Q2-2022
Q3-2022
203%
Growth in
1 Year

# Hires


2500
2000
1500
1000
500
0
917
1123
1503
1758
2004
Q3-2021
Q4-2021
Q1-2022
Q2-2022
Q3-2022
218% Growth in 1 Year

# Q4 Plan

- **Adding 3 new strategic ATS integrations : Successfactor, Bullhorn, Kenexa**

  Allow an easier growth of our F500 customer base

- **Switching from user to company management (with roles and permissions)**

  Allow a better visibility for DE&I, Talent leaders, when we have multiple accounts.

  Allow marketing & branding teams more involvement in the process, decreasing on-boarding time.

- **Enhance matching algorithm to add more operational and financial roles we didn't have before**

# Discussions

# Market Trends

Paycor Acquires Talenya to Extend Industry-leading Technology Platform with AI Recruiting

Paycor

## The Muse acquires Fairygodboss, aiming to diversify job seeker pool

Both brands highlight an authentic, testimonial approach to job seeker engagement and community.

harver | pymetrics

One Team. One Mission.

Maximizing employee potential. Optimizing organizational talent decisions.
Ensuring unbiased workplaces.

Industry News Business Products Talent Acquisition Top News

## Employ Acquires Lever, Adds Capabilities to Suite

By Solomon Oladipupo - August 9, 2022

# N.L Case

- **Update on current status, latest offer**
- **Discuss options on the table**

  Settlement negotiation, lawsuit etc.

- **Game Plan Decision**

# Thank You!