# EXHIBIT H

## Falsified Bank Statement

**ServisFirst Bank**
2500 Woodcrest Place
Birmingham, AL 35209
205-949-0302
**BUSINESS Activity Statement**

JOONKO DIVERSITY INC
1721 3RD AVENUE NORTH
BIRMINGHAM AL 35203

| | |
|---|---|
| Customer Number: | JAA3516 |
| Account Number: | XXXXXXXXXXXX6012 |
| Interest Rate: | 0.000000 % |
| Previous Statement Balance: | $3,696,538.54 |
| Average Balance: | $2,564,114.95 |
| Overdraft Limit: | $0.00 |
| Date Range: | 1/1/2021-4/15/2022 |

| Date | Check # | Tran Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 13/04/2022 | | 183 | ACH Debit 118 SPRING STREECCD 5330715492 021000026415064 | $ (14,500.00) | $ 3,704,183.47 |
| 13/04/2022 | | 183 | ACH Debit 118 SPRING STREECCD 5330716070 021000026415062 | $ (14,500.00) | $ 3,718,683.47 |
| 13/04/2022 | | 163 | TRANSFER STRIPE CCD ST-S3Q3J7L0T7D709100001 6868262 | $ 38,822.93 | $ 3,733,183.47 |
| 12/04/2022 | | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100609602796 | $ (2,178.00) | $ 3,694,360.54 |
| 05/04/2022 | | 183 | ACH Debit CUBICO LLC WEB 9200502236 021000026652476 | $ (14,500.00) | $ 3,696,538.54 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 31/03/2022 | 188 | | $ (70.00) | $ 3,711,038.54 |
| 29/03/2022 | 34 | Incoming Wire 4832324 JOONKO DIVERSITY INC | $ 80,000.30 | $ 3,711,108.54 |
| 22/03/2022 | 32 | Outgoing Wire 105542 LinkedIn Ireland Unlimited Company | $ (1,050.00) | $ 3,631,108.24 |
| 22/03/2022 | 32 | Outgoing Wire 105547 Albrey Br own | $ (6,000.00) | $ 3,632,158.24 |
| 18/03/2022 | 163 | Bill.com Acorns 3BR2I5F1OU1NQN0SDO ILB82U8ABUN2 | $ 33,425.16 | $ 3,638,158.24 |
| 17/03/2022 | 163 | TRANSFER STRIPE CCD ST-XYU358VE5T810000159 463032100 | $ 97,058.23 | $ 3,604,733.08 |
| 15/03/2022 | 163 | Verify Acorns CZCL3QIDQ4AZY7Q45 T246V41CG1H0T | $ 0.01 | $ 3,507,674.85 |
| 14/03/2022 | 163 | TRANSFER STRIPE CCD ST-A3DY41SRJAREP610000 106359702 | $ 33,970.30 | $ 3,507,674.84 |
| 11/03/2022 | 163 | TRANSFER STRIPE CCD ST-H3W3E3E3C8B30910000 13831996 | $ 33,970.35 | $ 3,473,704.54 |
| 10/03/2022 | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100603718550 | $ (4,259.11) | $ 3,439,734.19 |
| 08/03/2022 | 34 | Incoming Wire 86128821 The Boston Consulting | $ 65,000.20 | $ 3,443,993.30 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| | | Group, Inc. Joonko Diversity Inc | | |
| 03/03/2022 | 163 | TRANSFER STRIPE CCD ST-XW8O27EZBI5J6110000 13692102 | $ 46,587.93 | $ 3,378,993.10 |
| 28/02/2022 | 163 | PAYMENT 360045 PNC Financial Services Group, Inc | $ 45,000.00 | $ 3,332,405.17 |
| 23/02/2022 | 34 | Incoming Wire 21270773 JOONKO DIVERSITY | $ 55,000.00 | $ 3,287,405.17 |
| 17/02/2022 | 32 | Outgoing Wire 93338 ALBREY BRO WN | $ (6,000.00) | $ 3,232,405.17 |
| 17/02/2022 | 32 | Outgoing Wire 93340 JOONKO DIV ERSITY LTD | $ (19,582.46) | $ 3,238,405.17 |
| 17/02/2022 | 33 | Wire Transfer Fee 93338 | $ (50.00) | $ 3,257,987.63 |
| 17/02/2022 | 33 | Wire Transfer Fee 93340 | $ (50.00) | $ 3,258,037.63 |
| 17/02/2022 | 163 | TRANSFER STRIPE CCD ST-K4A6B0A1K7W1091000 018930220 | $ 0.01 | $ 3,258,087.63 |
| 10/02/2022 | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100609759381 | $ (4,486.49) | $ 3,258,087.62 |
| 09/02/2022 | 163 | PAYMENT Louis Vuitton NA Inc 263351 | $ 85,000.00 | $ 3,262,574.11 |
| 02/02/2022 | 163 | PAYMENT UNIVAR SOLUTIONS INC. 3628ZM34F3482003 | $ 35,000.00 | $ 3,177,574.11 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 31/01/2022 | 188 | | $ (130.00) | $ 3,142,574.11 |
| 31/01/2022 | 34 | Incoming Wire 33670059 JOONKO DIVERSITY INC RIMINI STREET INC | $ 25,000.30 | $ 3,142,704.11 |
| 26/01/2022 | 163 | TRANSFER STRIPE CCD ST-1O0NBJ83VHO91000062 300249 | $ 63,087.83 | $ 3,117,703.81 |
| 25/01/2022 | 32 | Outgoing Wire 85311 ALBREY BRO WN | $ (6,000.00) | $ 3,054,615.98 |
| 24/01/2022 | 32 | Outgoing Wire 84799 PAYEM, INC | $ (300,000.00) | $ 3,060,615.98 |
| 24/01/2022 | 33 | Wire Transfer Fee 84799 | $ (50.00) | $ 3,360,615.98 |
| 24/01/2022 | 163 | TRANSFER STRIPE CCD ST-X1X8X5D4K8F40910000 15052873 | $ 72,793.65 | $ 3,360,665.98 |
| 20/01/2022 | 163 | TRANSFER STRIPE CCD ST-O6S7S6R2B3H50910000 18729026 | $ 58,234.92 | $ 3,287,872.33 |
| 19/01/2022 | 163 | PAYMENTS INTUIT INC CCD JOONKO 321081666539891 NTE*02403\ | $ 60,000.00 | $ 3,229,637.41 |
| 14/01/2022 | 34 | Incoming Wire 53985171 WF EXC RTN TO SNDR 721 WIP | $ 6,000.00 | $ 3,169,637.41 |
| 13/01/2022 | 32 | Outgoing Wire 81685 DANIEL SOR OCHKIN | $ (1,000.00) | $ 3,163,637.41 |

| | | | | |
|---|---|---|---|---|
| 13/01/2022 | 32 | Outgoing Wire 81683 MONGODB IN C | $ (3,200.00) | $ 3,164,637.41 |
| 13/01/2022 | 32 | Outgoing Wire 81689 ALBREY BRO WN | $ (6,000.00) | $ 3,167,837.41 |
| 13/01/2022 | 32 | Outgoing Wire 81692 LINKEDIN | $ (30,670.10) | $ 3,173,837.41 |
| 13/01/2022 | 33 | Wire Transfer Fee 81689 | $ (50.00) | $ 3,204,507.51 |
| 13/01/2022 | 33 | Wire Transfer Fee 81685 | $ (50.00) | $ 3,204,557.51 |
| 11/01/2022 | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100605211714 | $ (4,872.43) | $ 3,204,607.51 |
| 09/01/2022 | 34 | Incoming Wire 30092674 Joonko Diversity Inc The Board of Trustees of The University of Alabama | $ 130,000.00 | $ 3,209,479.94 |
| 07/01/2022 | 183 | MAN CREDITNATPAY-11879219 CCD 11879219 091408597653615 | $ (1,479.50) | $ 3,079,479.94 |
| 04/01/2022 | 32 | Outgoing Wire 78315 TALENT PAR TNERS LLC | $ (28,000.00) | $ 3,080,959.44 |
| 04/01/2022 | 32 | Outgoing Wire 78320 TALENT PAR TNERS LLC | $ (36,400.00) | $ 3,108,959.44 |
| 04/01/2022 | 33 | Wire Transfer Fee 78315 | $ (50.00) | $ 3,145,359.44 |
| 04/01/2022 | 33 | Wire Transfer Fee 78320 | $ (50.00) | $ 3,145,409.44 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 31/12/2021 | 188 | | $ (140.00) | $ 3,145,459.44 |
| 30/12/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408597595976 | $ (54.06) | $ 3,145,599.44 |
| 30/12/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408597633473 | $ (6,869.07) | $ 3,145,653.50 |
| 30/12/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408597559002 | $ (14,651.83) | $ 3,152,522.57 |
| 20/12/2021 | 163 | TRANSFER STRIPE CCD ST-S9S2X1R0O4Q20910000 10110640 | $ 87,389.47 | $ 3,167,174.40 |
| 17/12/2021 | 163 | 251303 BOOKING HOLDINGS CTX ST~N4ªSTAMFORDªCTª 06902ªUS~REF ª2Uª1461870460~N1ªPEªJ OONKO DI VERSITY INC.~N4ªªªªUS~N1ªCEªJO | $ 30,000.40 | $ 3,079,784.93 |
| 16/12/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408591655772 | $ (69.81) | $ 3,049,784.53 |
| 16/12/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408591693189 | $ (4,109.66) | $ 3,049,854.34 |
| 16/12/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408591613510 | $ (10,370.77) | $ 3,053,964.00 |
| 16/12/2021 | 163 | Bill.com Stryker Coproration 016CZVOQT21VA1C121 140396211380 | $ 71,625.38 | $ 3,064,334.77 |

| | | | | |
|---|---|---|---|---|
| 16/12/2021 | 163 | TRANSFER STRIPE CCD ST-B7K5I5Y8W4P30910000 10282789 | $ 72,824.55 | $ 2,992,709.39 |
| 10/12/2021 | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100601034370 | $ (3,300.63) | $ 2,919,884.84 |
| 10/12/2021 | 163 | Verify Stryker Coproration 016TRQZQK21NHJU121 140399797958 | $ 0.01 | $ 2,923,185.47 |
| 08/12/2021 | 32 | Outgoing Wire 68764 JOONKO DIV ERSITY LTD | $ (1,000,000.00) | $ 2,923,185.46 |
| 07/12/2021 | 32 | Outgoing Wire 67912 ALBREY BRO WN | $ (6,000.00) | $ 3,923,185.46 |
| 07/12/2021 | 32 | Outgoing Wire 67911 LINKEDIN I RELAND UNLIMITED COMPANY | $ (33,744.10) | $ 3,929,185.46 |
| 07/12/2021 | 32 | Outgoing Wire 67910 118 SPRING STREET PARTNERS LLC | $ (58,000.00) | $ 3,962,929.56 |
| 02/12/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408594807839 | $ (46.98) | $ 4,020,929.56 |
| 02/12/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408594839250 | $ (1,734.48) | $ 4,020,976.54 |
| 02/12/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408594774238 | $ (4,406.12) | $ 4,022,711.02 |
| 30/11/2021 | 188 | | $ (220.00) | $ 4,027,117.14 |

| | | | | |
|---|---|---|---|---|
| 24/11/2021 | 183 | DIRECT DBT AL-DEPT OF REVCCD 1313833024043000097190775 | $ (135.84) | $ 4,027,337.14 |
| 23/11/2021 | 32 | Outgoing Wire 63480 ARD FACILI TIES MANAGEMENT GROUP LLC | $ (6,949.00) | $ 4,027,472.98 |
| 22/11/2021 | 32 | Outgoing Wire 62903 SELA GROUP LLC | $ (6,729.00) | $ 4,034,421.98 |
| 19/11/2021 | 163 | PAYMENT Anheuser-Busch Companies, LLC. 36SD90MK76VVT1 | $ 65,000.00 | $ 4,041,150.98 |
| 18/11/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408598694406 | $ (49.87) | $ 3,976,150.98 |
| 18/11/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408598725032 | $ (1,438.45) | $ 3,976,200.85 |
| 18/11/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408598662877 | $ (3,456.26) | $ 3,977,639.30 |
| 18/11/2021 | 32 | Outgoing Wire 61711 LinkedIn I reland Unlimited Company | $ (19,121.00) | $ 3,981,095.56 |
| 10/11/2021 | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100606587861 | $ (1,681.57) | $ 4,000,216.56 |
| 05/11/2021 | 32 | Outgoing Wire 57074 ALBREY BRO WN | $ (6,000.00) | $ 4,001,898.13 |
| 05/11/2021 | 163 | Bill.com Realtimeboard, Inc. | $ 38,200.20 | $ 4,007,898.13 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| | | 08X459KM12AWVBH36 52198200371 | | |
| 05/11/2021 | 32 | Outgoing Wire 57073 PAYEM INC | $ (300,000.00) | $ 3,969,697.93 |
| 04/11/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408592357801 | $ (44.62) | $ 4,269,697.93 |
| 04/11/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408592391116 | $ (1,506.27) | $ 4,269,742.55 |
| 04/11/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408592316742 | $ (3,456.25) | $ 4,271,248.82 |
| 03/11/2021 | 163 | Verify Realtimeboard, Inc. 01MDUI0026ERN7622P3 259621157 | $ 0.01 | $ 4,274,705.07 |
| 02/11/2021 | 34 | Incoming Wire 30092674 Joonko Diversity PROJEKT202 | $ 25,000.00 | $ 4,274,705.06 |
| 29/10/2021 | 188 | | $ (160.00) | $ 4,249,705.06 |
| 28/10/2021 | 163 | Bill.com adidas America Inc 09CC459KQR21LPX3326 842691106 | $ 49,660.26 | $ 4,249,865.06 |
| 27/10/2021 | 163 | TRANSFER STRIPE CCD ST-36UGV8E74FBK6910000 66394205 | $ 53,382.01 | $ 4,200,204.80 |
| 25/10/2021 | 163 | Verify adidas America Inc 079E4NJ95D6RTY634K3 214456398 | $ 0.01 | $ 4,146,822.79 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 21/10/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408596205242 | $ (49.87) | $ 4,146,822.78 |
| 21/10/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408595927004 | $ (1,506.26) | $ 4,146,872.65 |
| 21/10/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408596176497 | $ (3,456.26) | $ 4,148,378.91 |
| 13/10/2021 | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100602164105 | $ (6,098.47) | $ 4,151,835.17 |
| 12/10/2021 | 32 | Outgoing Wire 48101 JOONKO DIV ERSITY INC | $ (1,000,000.00) | $ 4,157,933.64 |
| 07/10/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408599729349 | $ (102.26) | $ 5,157,933.64 |
| 07/10/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408599756429 | $ (498.25) | $ 5,158,035.90 |
| 07/10/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408599698295 | $ (1,240.70) | $ 5,158,534.15 |
| 05/10/2021 | 163 | PAYMENT MCKESSON CORPORATION. R5679K1269LL | $ 93,000.00 | $ 5,159,774.85 |
| 04/10/2021 | 32 | Outgoing Wire 45649 ALBREY BRO WN | $ (6,000.00) | $ 5,066,774.85 |
| 04/10/2021 | 32 | Outgoing Wire 45540 ALBREY BRO WN | $ (6,000.00) | $ 5,072,774.85 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 04/10/2021 | 34 | Incoming Wire 51364581 WF EXC RTN TO SNDR 721 WIP | $ 6,000.00 | $ 5,078,774.85 |
| 30/09/2021 | 188 | | $ (90.00) | $ 5,072,774.85 |
| 23/09/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408593137593 | $ (42.26) | $ 5,072,864.85 |
| 23/09/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408593165795 | $ (447.96) | $ 5,072,907.11 |
| 23/09/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408593108762 | $ (1,125.45) | $ 5,073,355.07 |
| 13/09/2021 | 32 | Outgoing Wire 37800 BIZDEV LAB S INC | $ (4,000.00) | $ 5,074,480.52 |
| 12/09/2021 | 163 | TRANSFER STRIPE CCD ST-RF563NK9C2R56J10000 62489531 | $ 58,234.92 | $ 5,078,480.52 |
| 10/09/2021 | 183 | PAYMENT SERVISFIRST BANKWEB QRTSVF7841 061100607162624 | $ (5,577.98) | $ 5,020,245.60 |
| 09/09/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408596731193 | $ (46.98) | $ 5,025,823.58 |
| 09/09/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408596772226 | $ (2,230.81) | $ 5,025,870.56 |
| 09/09/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408597007675 | $ (7,540.56) | $ 5,028,101.37 |

| | | | | |
|---|---|---|---|---|
| 01/09/2021 | 34 | Incoming Wire 30266389 JOONKO DIVERSITY INC | $ 50,000.60 | $ 5,035,641.93 |
| 01/09/2021 | 32 | Outgoing Wire 34235 ALBREY BRO WN | $ (6,000.00) | $ 4,985,641.33 |
| 31/08/2021 | 188 | | $ (100.00) | $ 4,991,641.33 |
| 30/08/2021 | 163 | Bill.com Optimizely 016CZVOQT21VA1C121 140396211380 | $ 66,850.36 | $ 4,991,741.33 |
| 30/08/2021 | 32 | Outgoing Wire 33054 BIZDEV LAB S INC | $ (4,000.00) | $ 4,924,890.97 |
| 27/08/2021 | 163 | Verify Optimizely 015BJUKMS35WSRU115 636248695148 | $ 0.01 | $ 4,928,890.97 |
| 26/08/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408590707122 | $ (46.98) | $ 4,928,890.96 |
| 26/08/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408590735596 | $ (1,494.35) | $ 4,928,937.94 |
| 26/08/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408590678890 | $ (5,047.57) | $ 4,930,432.29 |
| 18/08/2021 | 163 | TRANSFER STRIPE CCD ST-M6W33IW5H34GF91000 062489531 | $ 72,793.65 | $ 4,935,479.86 |
| 16/08/2021 | 32 | Outgoing Wire 28600 ALBREY BRO WN | $ (6,000.00) | $ 4,862,686.21 |
| 16/08/2021 | 32 | Outgoing Wire 28589 JOONKO DIV ERSITY LTD | $ (995,582.10) | $ 4,868,686.21 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 13/08/2021 | 34 | Incoming Wire 50058928 JOONKO DIVERSITY INC | $ 307,027.87 | $ 5,864,268.31 |
| 12/08/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408593912520 | $ (45.08) | $ 5,557,240.44 |
| 12/08/2021 | 163 | PAYMENT UNIVAR SOLUTIONS INC. 8260^3X7M9833671 | $ 35,000.00 | $ 5,557,285.52 |
| 12/08/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408593953317 | $ (1,494.31) | $ 5,522,285.52 |
| 12/08/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408593872379 | $ (5,047.56) | $ 5,523,779.83 |
| 11/08/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408592454672 | $ (40.36) | $ 5,528,827.39 |
| 30/07/2021 | 188 | | $ (50.00) | $ 5,528,867.75 |
| 29/07/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408596466862 | $ (44.75) | $ 5,528,917.75 |
| 29/07/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408596095822 | $ (1,494.31) | $ 5,528,962.50 |
| 29/07/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408596426119 | $ (5,047.56) | $ 5,530,456.81 |
| 29/07/2021 | 163 | TRANSFER STRIPE CCD ST-OM8D62Y6VSTZN91000 013174715 | $ 43,675.79 | $ 5,535,504.37 |
| 26/07/2021 | 32 | Outgoing Wire 21265 BIZDEV LAB S INC | $ (4,000.00) | $ 5,491,828.58 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 23/07/2021 | 163 | TRANSFER STRIPE CCD ST-Z5J5M0Q8A6A60910000 10452577 | $ 3,640.95 | $ 5,495,828.58 |
| 22/07/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408598197544 | $ (40.25) | $ 5,492,187.63 |
| 22/07/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408598169183 | $ (3,000.00) | $ 5,492,227.88 |
| 22/07/2021 | 32 | Outgoing Wire 20283 ISRAEL BRO KERAGE AND INVESTMENT IBI | $ (307,031.01) | $ 5,495,227.88 |
| 22/07/2021 | 32 | Outgoing Wire 20290 ISRAEL BRO KERAGE AND INVESTMENT IBI | $ (500,000.00) | $ 5,802,258.89 |
| 22/07/2021 | 33 | Wire Transfer Fee 20290 | $ (50.00) | $ 6,302,258.89 |
| 22/07/2021 | 33 | Wire Transfer Fee 20283 | $ (50.00) | $ 6,302,308.89 |
| 19/07/2021 | 230 | DBT CRD 0000 07/16/21 86324089 Vimeo Plus 000-000-0000 NY C#4241 | $ (84.00) | $ 6,302,358.89 |
| 15/07/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408599481475 | $ (69.75) | $ 6,302,442.89 |
| 15/07/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408599513495 | $ (1,494.30) | $ 6,302,512.64 |
| 15/07/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408599449244 | $ (5,047.57) | $ 6,304,006.94 |

| | | | | |
|---|---|---|---|---|
| 15/07/2021 | 32 | Outgoing Wire 18185 JOONKO DIV ERSITY LTD | $ (300,000.00) | $ 6,309,054.51 |
| 15/07/2021 | 33 | Outgoing via Internet Banking- International USD 18185 | $ (20.00) | $ 6,609,054.51 |
| 13/07/2021 | 32 | Outgoing Wire 17299 PayEm, Inc | $ (250,000.00) | $ 6,609,074.51 |
| 12/07/2021 | 183 | AUTOPAY SERVISFIRST CCD 487370000041375061100 608114568 | $ (5,749.45) | $ 6,859,074.51 |
| 02/07/2021 | 183 | Joonk- INCPayEm, Inc CCD 06.01-07.01 121140398422019 | $ (11,122.45) | $ 6,864,823.96 |
| 01/07/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408592199797 | $ (45.25) | $ 6,875,946.41 |
| 01/07/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408592236201 | $ (69.75) | $ 6,875,991.66 |
| 01/07/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408592272829 | $ (2,346.34) | $ 6,876,061.41 |
| 01/07/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408592453966 | $ (3,000.00) | $ 6,878,407.75 |
| 01/07/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408592485072 | $ (5,245.12) | $ 6,881,407.75 |
| 30/06/2021 | 163 | TRANSFER STRIPE CCD ST-QSPRVHLXPX9OQ9100 0012965483 | $ 43,675.79 | $ 6,886,652.87 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 28/06/2021 | 32 | Outgoing Wire 11999 BIZDEV LAB S INC | $ (5,000.00) | $ 6,842,977.08 |
| 23/06/2021 | 34 | Incoming Wire 83092840 American Express Banking Corp. | $ 70,000.00 | $ 6,847,977.08 |
| 22/06/2021 | 32 | Outgoing Wire 10136 MCDERMOTT WILL & EMERY LLP | $ (8,501.00) | $ 6,777,977.08 |
| 17/06/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408595785993 | $ (44.75) | $ 6,786,478.08 |
| 17/06/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408595815445 | $ (1,926.59) | $ 6,786,522.83 |
| 17/06/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408595756958 | $ (4,615.28) | $ 6,788,449.42 |
| 17/06/2021 | 163 | Bill.com adidas America Inc W2CYS5SU7DVVXU952 4314407240912 | $ 66,850.31 | $ 6,793,064.70 |
| 16/06/2021 | 163 | TRANSFER STRIPE CCD ST-EXJO3FSLXF1NG91000 019585319 | $ 38,822.93 | $ 6,726,214.39 |
| 15/06/2021 | 33 | Wire Transfer Fee 48540067 | $ (10.00) | $ 6,687,391.46 |
| 15/06/2021 | 33 | Wire Transfer Fee 48535183 | $ (10.00) | $ 6,687,401.46 |
| 15/06/2021 | 34 | Incoming Wire 48535183 TECHSTA RS VENTURES 2017, L.P. | $ 300,000.00 | $ 6,687,411.46 |
| 15/06/2021 | 34 | Incoming Wire 48540067 VERTEX VI FUND L.P. | $ 5,000,000.00 | $ 6,387,411.46 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 14/06/2021 | 163 | Verify Bill.com CCD 7P6IQ8O01IPL1HGX794 616127687441 | $ 0.01 | $ 1,387,411.46 |
| 09/06/2021 | 32 | Outgoing Wire 5987 MWE Corpora te Services, LLC | $ (26,865.00) | $ 1,387,411.45 |
| 03/06/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408598675263 | $ (44.75) | $ 1,414,276.45 |
| 03/06/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408598704706 | $ (1,926.60) | $ 1,414,321.20 |
| 03/06/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408598641620 | $ (4,615.27) | $ 1,416,247.80 |
| 03/06/2021 | 32 | Outgoing Wire 4176 | $ (300,000.00) | $ 1,420,863.07 |
| 03/06/2021 | 33 | Wire Transfer Fee 48279706 | $ (10.00) | $ 1,720,863.07 |
| 03/06/2021 | 33 | Wire Transfer Fee 4176 | $ (50.00) | $ 1,720,873.07 |
| 03/06/2021 | 34 | Incoming Wire 48279706 | $ 500,000.00 | $ 1,720,923.07 |
| 02/06/2021 | 183 | Joonk- INCPayEm, Inc CCD 05.01-06.01 121140392230791 | $ (5,689.59) | $ 1,220,923.07 |
| 02/06/2021 | 34 | Incoming Wire 48279706 ACCENTURE INC | $ 60,000.00 | $ 1,226,612.66 |
| 01/06/2021 | 33 | Wire Transfer Fee 48201056 | $ (10.00) | $ 1,166,612.66 |
| 01/06/2021 | 34 | Incoming Wire 48201056 | $ 500,000.00 | $ 1,166,622.66 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 28/05/2021 | 188 | | $ (20.00) | $ 666,622.66 |
| 27/05/2021 | 163 | Bill.com Shelter Life Insurance Company ICCD HICO78DVOND9OZS30 3060295669129 | $ 71,625.33 | $ 666,642.66 |
| 24/05/2021 | 228 | POS DEB 1129 05/23/21 11134001 GOOGLE *Google GOOGLE *Google Sto Mountain View CA C#0848 | $ (1.99) | $ 595,017.33 |
| 24/05/2021 | 229 | DBT CRD 1251 05/22/21 43034882 GETT TEL AVIV IP C#0848 | $ (11.61) | $ 595,019.32 |
| 24/05/2021 | 229 | DBT CRD 1748 05/21/21 21185348 UBER TRIP HELP.UBER.COM CA C#0848 | $ (19.24) | $ 595,030.93 |
| 24/05/2021 | 229 | DBT CRD 1607 05/21/21 60529968 UBER TRIP HELP.UBER.COM CA C#0848 | $ (21.12) | $ 595,050.17 |
| 24/05/2021 | 230 | DBT CRD 1105 05/21/21 79571438 INT*QuickBooks Online 800-446-8848 CA C#0848 | $ (27.50) | $ 595,071.29 |
| 24/05/2021 | 230 | DBT CRD 0849 05/23/21 97435925 Adobe Inc 800-8336687 CA C#0848 | $ (34.01) | $ 595,098.79 |
| 24/05/2021 | 163 | Verify Bill.com CCD WKTGGAN3E284GL559 985731911497 | $ 0.01 | $ 595,132.80 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 24/05/2021 | 229 | DBT CRD 1912 05/22/21 07706087 UBER TRIP HELP.UBER.COM CA C#0848 | $ (79.47) | $ 595,132.79 |
| 21/05/2021 | 163 | TRANSFER STRIPE CCD ST-J36SFB91X86RV9100001 0508285 | $ 33,970.06 | $ 595,212.26 |
| 21/05/2021 | 229 | DBT CRD 1826 05/20/21 43856137 UBER TRIP HELP.UBER.COM CA C#0848 | $ (16.39) | $ 561,242.20 |
| 20/05/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408592426455 | $ (44.75) | $ 561,258.59 |
| 20/05/2021 | 163 | PAYMENT 09472501 Regions Financial Corporation | $ 50,000.00 | $ 561,303.34 |
| 20/05/2021 | 229 | DBT CRD 1256 05/20/21 45757722 UBER TRIP HELP.UBER.COM CA C#0848 | $ (47.25) | $ 511,303.34 |
| 20/05/2021 | 229 | DBT CRD 1131 05/20/21 95103219 UBER TRIP HELP.UBER.COM CA C#0848 | $ (54.28) | $ 511,350.59 |
| 20/05/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408592465135 | $ (1,926.60) | $ 511,404.87 |
| 20/05/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408592695150 | $ (4,615.27) | $ 513,331.47 |
| 17/05/2021 | 183 | PAYMENT SERVISFIRST | $ (13,969.24) | $ 517,946.74 |

| | | | | |
|---|---|---|---|---|
| | | BANKPPD QRTSVF7841 061100601115854 | | |
| 14/05/2021 | 230 | DBT CRD 0008 05/14/21 85117422 ATLASSIAN HTTPSWWW.ATLA CA C#0848 | $ (10.50) | $ 531,915.98 |
| 12/05/2021 | 229 | DBT CRD 0850 05/11/21 98494221 HUNTER.IO STARTER HTTPSHUNTER.I DE C#0848 | $ (49.00) | $ 531,926.48 |
| 10/05/2021 | 230 | DBT CRD 0820 05/07/21 80370801 Adobe Inc 800-8336687 CA C#0848 | $ (9.99) | $ 531,975.48 |
| 10/05/2021 | 229 | DBT CRD 1238 05/06/21 35355398 GETT TEL AVIV IP C#0848 | $ (17.26) | $ 531,985.47 |
| 06/05/2021 | 34 | Incoming Wire 03592811 CoStar Group | $ 45,000.00 | $ 532,002.73 |
| 06/05/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408596011498 | $ (44.75) | $ 487,002.73 |
| 06/05/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408596037869 | $ (1,926.56) | $ 487,047.48 |
| 06/05/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408595984449 | $ (4,615.31) | $ 488,974.04 |
| 06/05/2021 | 183 | Joonk- INCPayEm, Inc CCD 04.01-05.01 121140392283400 | $ (7,796.66) | $ 493,589.35 |
| 05/05/2021 | 111 | Wire Transfer Debit JOONKO DIVERSITY LTD 062006505 IL590121700000004227 | $ (100,000.00) | $ 501,386.01 |

| | | | | |
|---|---|---|---|---|
| | | 77 17 Beit Alfa Tel Aviv ISRAEL SERVISFIRST BANK 20210505MMQFMPBY0 00000 | | |
| 04/05/2021 | 229 | DBT CRD 1907 05/03/21 04489241 UBER TRIP HELP.UBER.COM CA C#0848 | $ (71.66) | $ 601,386.01 |
| 04/05/2021 | 229 | DBT CRD 0337 05/03/21 10279798 SEMRUSH.COM HTTPSWWW.SEMR MA C#0848 | $ (107.95) | $ 601,457.67 |
| 03/05/2021 | 229 | DBT CRD 2116 05/02/21 81855726 UBER TRIP HELP.UBER.COM CA C#0848 | $ (9.91) | $ 601,565.62 |
| 03/05/2021 | 229 | DBT CRD 1312 05/01/21 55581010 UBER TRIP HELP.UBER.COM CA C#0848 | $ (10.43) | $ 601,575.53 |
| 03/05/2021 | 229 | DBT CRD 1232 05/01/21 31269842 UBER TRIP HELP.UBER.COM CA C#0848 | $ (10.45) | $ 601,585.96 |
| 03/05/2021 | 230 | DBT CRD 0816 05/01/21 77966626 INSURANCE* COVERWALLET HTTPSWWW.COVE NY C#0848 | $ (48.58) | $ 601,596.41 |
| 30/04/2021 | 229 | DBT CRD 2233 04/29/21 27901525 UBER TRIP HELP.UBER.COM CA C#0848 | $ (27.11) | $ 601,644.99 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 30/04/2021 | 229 | DBT CRD 0314 04/28/21 96950483 CURIO HOTELS 205-3540171 AL C#0848 | $ (37.76) | $ 601,672.10 |
| 30/04/2021 | 229 | DBT CRD 0032 04/29/21 99321735 UBER EATS HELP.UBER.COM CA C#0848 | $ (72.54) | $ 601,709.86 |
| 30/04/2021 | 229 | DBT CRD 2138 04/28/21 94899204 CURIO HOTELS 205-3540171 AL C#0848 | $ (269.30) | $ 601,782.40 |
| 30/04/2021 | 188 | | $ (10.00) | $ 602,051.70 |
| 29/04/2021 | 229 | DBT CRD 1723 04/29/21 05903907 UBER TRIP HELP.UBER.COM CA C#0848 | $ (26.13) | $ 602,061.70 |
| 29/04/2021 | 229 | DBT CRD 2120 04/29/21 84037905 UBER TRIP HELP.UBER.COM CA C#0848 | $ (51.92) | $ 602,087.83 |
| 29/04/2021 | 229 | DBT CRD 2209 04/28/21 13608364 UBER TRIP HELP.UBER.COM CA C#0848 | $ (174.25) | $ 602,139.75 |
| 29/04/2021 | 183 | PAYMENT SERVISFIRST BANKPPD QRTSVF7841 061100602603221 | $ (6,236.33) | $ 602,314.00 |
| 28/04/2021 | 163 | TRANSFER STRIPE CCD ST-YDFWSIV8QL7W391000 014620945 | $ 7,279.36 | $ 608,550.33 |

| | | | | |
|---|---|---|---|---|
| 27/04/2021 | 229 | DBT CRD 1617 04/27/21 66524651 UBER EATS HELP.UBER.COM CA C#0848 | $ (46.48) | $ 601,270.97 |
| 26/04/2021 | 228 | POS DEB 1129 04/23/21 11309630 GOOGLE *Google GOOGLE *Google Sto Mountain View CA C#0848 | $ (1.99) | $ 601,317.45 |
| 26/04/2021 | 230 | DBT CRD 0647 04/23/21 24611693 Adobe Inc 800-8336687 CA C#0848 | $ (34.01) | $ 601,319.44 |
| 22/04/2021 | 230 | DBT CRD 0842 04/21/21 93723191 INT*QuickBooks Online 800-446-8848 CA C#0848 | $ (27.50) | $ 601,353.45 |
| 22/04/2021 | 229 | DBT CRD 1201 04/21/21 13175864 UBER EATS HELP.UBER.COM CA C#0848 | $ (31.06) | $ 601,380.95 |
| 22/04/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408599208900 | $ (44.75) | $ 601,412.01 |
| 22/04/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408599235616 | $ (2,421.69) | $ 601,456.76 |
| 22/04/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408599180870 | $ (5,358.16) | $ 603,878.45 |
| 20/04/2021 | 183 | PAYMENT SERVISFIRST BANKPPD QRTSVF7841 061100608226316 | $ (14,056.31) | $ 609,236.61 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 19/04/2021 | 229 | DBT CRD 1018 04/18/21 51285106 UBER TRIP HELP.UBER.COM CA C#0848 | $ (14.01) | $ 623,292.92 |
| 19/04/2021 | 229 | DBT CRD 0942 04/17/21 29397691 UBER TRIP HELP.UBER.COM CA C#0848 | $ (14.10) | $ 623,306.93 |
| 19/04/2021 | 229 | DBT CRD 1425 04/17/21 99380976 UBER TRIP HELP.UBER.COM CA C#0848 | $ (18.99) | $ 623,321.03 |
| 19/04/2021 | 229 | DBT CRD 1601 04/17/21 56709247 UBER TRIP HELP.UBER.COM CA C#0848 | $ (21.99) | $ 623,340.02 |
| 19/04/2021 | 229 | DBT CRD 1938 04/17/21 22965981 UBER TRIP HELP.UBER.COM CA C#0848 | $ (25.44) | $ 623,362.01 |
| 19/04/2021 | 229 | DBT CRD 1403 04/16/21 85994779 UBER TRIP HELP.UBER.COM CA C#0848 | $ (29.75) | $ 623,387.45 |
| 19/04/2021 | 229 | DBT CRD 1046 04/17/21 68173815 UBER TRIP HELP.UBER.COM CA C#0848 | $ (29.95) | $ 623,417.20 |
| 19/04/2021 | 229 | DBT CRD 1257 04/17/21 46370626 UBER TRIP HELP.UBER.COM CA C#0848 | $ (34.72) | $ 623,447.15 |
| 19/04/2021 | 229 | DBT CRD 1121 04/18/21 88701177 UBER TRIP | $ (36.02) | $ 623,481.87 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| | | HELP.UBER.COM CA C#0848 | | |
| 19/04/2021 | 229 | DBT CRD 2159 04/18/21 07492080 UBER EATS HELP.UBER.COM CA C#0848 | $ (64.49) | $ 623,517.89 |
| 19/04/2021 | 229 | DBT CRD 1503 04/18/21 22261193 UBER TRIP HELP.UBER.COM CA C#0848 | $ (75.64) | $ 623,582.38 |
| 19/04/2021 | 229 | DBT CRD 0413 04/16/21 31896162 DELTA AIR 0062449132 DELTA.COM CA C#0848 | $ (388.40) | $ 623,658.02 |
| 19/04/2021 | 229 | DBT CRD 0000 04/16/21 31896162 DELTA AIR 0062449132 DELTA.COM CA C#0848 | $ (388.40) | $ 624,046.42 |
| 16/04/2021 | 229 | DBT CRD 1240 04/16/21 36260445 UBER TRIP HELP.UBER.COM CA C#0848 | $ (9.98) | $ 624,434.82 |
| 16/04/2021 | 229 | DBT CRD 1120 04/16/21 88323468 UBER TRIP HELP.UBER.COM CA C#0848 | $ (21.86) | $ 624,444.80 |
| 16/04/2021 | 229 | DBT CRD 0951 04/13/21 34746509 GETT TEL AVIV IP C#0848 | $ (35.90) | $ 624,466.66 |
| 15/04/2021 | 230 | DBT CRD 0102 04/14/21 17340282 ATLASSIAN HTTPSWWW.ATLA CA C#0848 | $ (10.50) | $ 624,502.56 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 15/04/2021 | 229 | DBT CRD 0851 04/15/21 98669488 UBER TRIP HELP.UBER.COM CA C#0848 | $ (17.71) | $ 624,513.06 |
| 15/04/2021 | 229 | DBT CRD 0028 04/14/21 96854065 UBER TRIP HELP.UBER.COM CA C#0848 | $ (92.17) | $ 624,530.77 |
| 14/04/2021 | 229 | DBT CRD 0418 04/12/21 77135953 GETT TEL AVIV IP C#0848 | $ (11.59) | $ 624,622.94 |
| 14/04/2021 | 229 | DBT CRD 0643 04/12/21 21951453 GETT TEL AVIV IP C#0848 | $ (17.66) | $ 624,634.53 |
| 14/04/2021 | 183 | PAYMENT SERVISFIRST BANKPPD QRTSVF7841 061100605550059 | $ (8,950.03) | $ 624,652.19 |
| 12/04/2021 | 229 | DBT CRD 0850 04/11/21 98067746 HUNTER.IO STARTER HTTPSHUNTER.I DE C#0848 | $ (49.00) | $ 633,602.22 |
| 12/04/2021 | 183 | AUTOPAY SERVISFIRST CCD 48737000004137506110 0604244475 | $ (2,098.45) | $ 633,651.22 |
| 09/04/2021 | 163 | Bill.com BOOKING HOLDINGS INC , ICCD 016FIINNT1JFIGR02100 0026903009 | $ 38,200.18 | $ 635,749.67 |
| 08/04/2021 | 230 | DBT CRD 0827 04/07/21 84499041 Adobe Inc 800-8336687 CA C#0848 | $ (9.99) | $ 597,549.49 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 08/04/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408593098640 | $ (69.75) | $ 597,559.48 |
| 08/04/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408593131537 | $ (2,491.98) | $ 597,629.23 |
| 08/04/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408593354738 | $ (5,358.16) | $ 600,121.21 |
| 06/04/2021 | 163 | Verify Bill.com CCD 016EAYRJW1IXZUU121 140398192371 | $ 0.01 | $ 605,479.37 |
| 05/04/2021 | 229 | DBT CRD 0337 04/03/21 10223762 SEMRUSH 855-814-4510 PA C#0848 | $ (107.95) | $ 605,479.36 |
| 02/04/2021 | 230 | DBT CRD 0800 04/01/21 68156310 INSURANCE* COVERWALLET HTTPSWWW.COVE NY C#0848 | $ (48.58) | $ 605,587.31 |
| 01/04/2021 | 183 | Payments PayEm, Inc CCD Joonko Inc 121140394026294 | $ (4,225.63) | $ 605,635.89 |
| 01/04/2021 | 116 | Wire Transfer Credit M. KAPOR FOUNDATION - CASH MITCHELL KAPOR FOUNDATION 2201 BROADWAY STE. 725 OAKLAND, CA 94612-3024 OUTGOING MASTER TRUST WIRE 50 S. LA SALLE STREET CHICAGO, IL 60603 | $ 200,000.00 | $ 609,861.52 |

| | | | | |
|---|---|---|---|---|
| | | 20210401G1B76E6C0088 09 20210401MMQFMPBY0 00298 04011332FT01 | | |
| 31/03/2021 | 188 | | $ (30.00) | $ 409,861.52 |
| 25/03/2021 | 163 | 210731073 FRESHWORKS INC CCD 121140392337258 | $ 20,000.10 | $ 409,891.52 |
| 25/03/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408597421102 | $ (44.75) | $ 389,891.42 |
| 25/03/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408597446338 | $ (2,256.08) | $ 389,936.17 |
| 25/03/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408597395760 | $ (5,645.83) | $ 392,192.25 |
| 24/03/2021 | 228 | POS DEB 1129 03/23/21 11582051 GOOGLE *Google GOOGLE *Google Sto Mountain View CA C#0848 | $ (1.99) | $ 397,838.08 |
| 24/03/2021 | 230 | DBT CRD 0820 03/23/21 80266394 Adobe Inc 800-8336687 CA C#0848 | $ (34.01) | $ 397,840.07 |
| 23/03/2021 | 163 | PAYMENT BW Industries Inc. PkQn0FOqY6EEzs9g | $ 36,500.00 | $ 397,874.08 |
| 22/03/2021 | 230 | DBT CRD 0838 03/21/21 91269131 INT*QuickBooks Online 800-446-8848 CA C#0848 | $ (27.50) | $ 361,374.08 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 15/03/2021 | 230 | DBT CRD 0028 03/14/21 33245981 ATLASSIAN HTTPSWWW.ATLA CA C#0848 | $ (10.50) | $ 361,401.58 |
| 12/03/2021 | 229 | DBT CRD 0751 03/11/21 98676068 HUNTER.IO STARTER HTTPSHUNTER.I DE C#0848 | $ (49.00) | $ 361,412.08 |
| 11/03/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408591635013 | $ (49.75) | $ 361,461.08 |
| 11/03/2021 | 183 | AUTOPAY SERVISFIRST CCD 48737000041375061100 608589317 | $ (515.52) | $ 361,510.83 |
| 11/03/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408591662073 | $ (2,271.85) | $ 362,026.35 |
| 11/03/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408591608022 | $ (5,645.83) | $ 364,298.20 |
| 11/03/2021 | 111 | Wire Transfer Debit JOONKO DIVERSITY LTD 062006505 IL590121700000004227 77 17 Beit Alfa Tel Aviv ISRAEL SERVISFIRST BANK 20210311MMQFMPBY0 00000 | $ (80,000.00) | $ 369,944.03 |
| 11/03/2021 | 223 | POS CRE 2009 03/10/21 00971042 AMAZON.COM AMAZON.COM | $ 7.21 | $ 449,944.03 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| | | SEATTLE WA C#0848 | | |
| 10/03/2021 | 116 | Wire Transfer Credit ALABAMA FUTURES FUND LP 2100 THIRD AVE N STE 600 BIRMINGHAM AL 35203 20210310F2QCZ00C000821 20210310MMQFMPBY000102 03100956FT01 | $ 100,000.00 | $ 449,936.82 |
| 09/03/2021 | 163 | TRANSFER STRIPE CCD ST-J1A4P3V6R2O3091000013410949 | $ 14,956.53 | $ 349,936.82 |
| 08/03/2021 | 230 | DBT CRD 0537 03/07/21 18777053 Adobe Inc 800-8336687 CA C#0848 | $ (9.99) | $ 334,980.29 |
| 04/03/2021 | 229 | DBT CRD 0336 03/03/21 45649169 SEMRUSH.COM HTTPSWWW.SEMR MA C#0848 | $ (107.95) | $ 334,990.28 |
| 04/03/2021 | 163 | TRANSFER STRIPE CCD ST-H0U3J0G7Y4U9091000010727121 | $ 14,956.51 | $ 335,098.23 |
| 04/03/2021 | 223 | POS CRE 1354 03/03/21 00160381 AMAZON.COM AMAZON.COM SEATTLE WA C#0848 | $ 1.05 | $ 320,141.72 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| 03/03/2021 | 230 | DBT CRD 0907 03/02/21 44301015 INSURANCE* COVERWALLET HTTPSWWW.COVE NY C#0848 | $ (48.58) | $ 320,140.67 |
| 02/03/2021 | 183 | Payments PayEm CCD Joonko Inc 121140390636608 | $ (3,578.05) | $ 320,189.25 |
| 01/03/2021 | 228 | POS DEB 0524 03/01/21 00748103 AMAZON.COM*F39 AMAZON.COM SEATTLE WA C#0848 | $ (197.60) | $ 323,767.30 |
| 25/02/2021 | 228 | POS DEB 1029 02/23/21 10863059 GOOGLE *Google GOOGLE *Google Sto Mountain View CA C#0848 | $ (1.99) | $ 323,964.90 |
| 25/02/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408595323401 | $ (45.25) | $ 323,966.89 |
| 25/02/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408595363574 | $ (1,302.00) | $ 324,012.14 |
| 25/02/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408595283647 | $ (4,395.97) | $ 325,314.14 |
| 24/02/2021 | 230 | DBT CRD 0717 02/23/21 78320799 Adobe Inc 800-8336687 CA C#0848 | $ (34.01) | $ 329,710.11 |
| 22/02/2021 | 230 | DBT CRD 0638 02/21/21 55222595 INT*QuickBooks Online | $ (27.50) | $ 329,744.12 |

| | | | | |
|---|---|---|---|---|
| | | 800-446-8848 CA C#0848 | | |
| 19/02/2021 | 228 | POS DEB 1457 02/18/21 00861737 AMAZON.COM*BJ2 AMAZON.COM SEATTLE WA C#0848 | $ (203.55) | $ 329,771.62 |
| 19/02/2021 | 163 | TAX JOONKO DIVERSITYPPD 11879219 091408597148173 | $ 45.31 | $ 329,975.17 |
| 18/02/2021 | 228 | POS DEB 0513 02/18/21 00067033 AMAZON.COM*IQ2 AMAZON.COM SEATTLE WA C#0848 | $ (183.49) | $ 329,929.86 |
| 18/02/2021 | 228 | POS DEB 1052 02/18/21 00461340 AMAZON.COM*UH4 AMAZON.COM SEATTLE WA C#0848 | $ (202.46) | $ 330,113.35 |
| 17/02/2021 | 34 | Incoming Wire 03168300 RIMINI STREET INC. JOONKO DIVERSITY INC | $ 12,000.00 | $ 330,315.81 |
| 16/02/2021 | 230 | DBT CRD 0137 02/14/21 74393341 ATLASSIAN HTTPSWWW.ATLA CA C#0848 | $ (10.50) | $ 318,315.81 |
| 12/02/2021 | 229 | DBT CRD 0749 02/11/21 97715942 HUNTER.IO STARTER | $ (49.00) | $ 318,326.31 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| | | HTTPSHUNTER.I DE C#0848 | | |
| 11/02/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408590454883 | $ (150.00) | $ 318,375.31 |
| 11/02/2021 | 183 | AUTOPAY SERVISFIRST CCD 4873700000041375061100 604450948 | $ (1,126.04) | $ 318,525.31 |
| 11/02/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408590487036 | $ (1,352.88) | $ 319,651.35 |
| 11/02/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408590423458 | $ (4,395.97) | $ 321,004.23 |
| 08/02/2021 | 230 | POS DEB 0609 02/07/21 00000051 Adobe Park Avenue,345 San Jose CA C#0848 | $ (9.99) | $ 325,400.20 |
| 04/02/2021 | 229 | DBT CRD 0335 02/03/21 45038038 SEMRUSH.COM HTTPSWWW.SEMR MA C#0848 | $ (107.95) | $ 325,410.19 |
| 03/02/2021 | 163 | PAYMENT UNIVAR SOLUTIONS INC. Q0AXQ091FNYLCQLF | $ 32,000.00 | $ 325,518.14 |
| 03/02/2021 | 230 | DBT CRD 0842 02/02/21 29603898 INSURANCE* COVERWALLET HTTPSWWW.COVE NY C#0848 | $ (48.58) | $ 293,518.14 |
| 01/02/2021 | 229 | DBT CRD 0325 01/29/21 39089149 GOOGLE | $ (421.32) | $ 293,566.72 |

| | | | | |
|---|---|---|---|---|
| | | *CLOUD 0178CC-9 cc google.com IE C#0848 | | |
| 29/01/2021 | 188 | | $ (20.00) | $ 293,988.04 |
| 28/01/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408594890056 | $ (127.50) | $ 294,008.04 |
| 28/01/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408594924204 | $ (1,446.60) | $ 294,135.54 |
| 28/01/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408594857174 | $ (4,395.97) | $ 295,582.14 |
| 26/01/2021 | 34 | Incoming Wire 89990108 Joonko Diversity Inc The Board of Trustees of The University of Alabama | $ 100,000.00 | $ 299,978.11 |
| 25/01/2021 | 228 | POS DEB 1029 01/23/21 10789858 GOOGLE *Google GOOGLE *Google Sto Mountain View CA C#0848 | $ (1.99) | $ 199,978.11 |
| 25/01/2021 | 230 | DBT CRD 0629 01/23/21 49969478 Adobe Inc 800-8336687 CA C#0848 | $ (34.01) | $ 199,980.10 |
| 25/01/2021 | 183 | Payment PayEm CCD Joonko Inc 121140391634786 | $ (4,551.95) | $ 200,014.11 |
| 22/01/2021 | 230 | DBT CRD 0658 01/21/21 67006521 INT*QuickBooks Online 800-446-8848 CA C#0848 | $ (27.50) | $ 204,566.06 |
| 15/01/2021 | 230 | DBT CRD 0024 01/14/21 30478601 ATLASSIAN | $ (10.50) | $ 204,593.56 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.

| | | | | |
|---|---|---|---|---|
| | | HTTPSWWW.ATLA CA C#0848 | | |
| 14/01/2021 | 183 | BILLING NATPAY-11879219 CCD 11879219 091408590019578 | $ (72.50) | $ 204,604.06 |
| 14/01/2021 | 183 | TAX NATPAY-11879219 CCD 11879219 091408590067587 | $ (1,450.30) | $ 204,676.56 |
| 14/01/2021 | 183 | NET=PAY NATPAY-11879219 CCD 11879219 091408590360340 | $ (4,395.97) | $ 206,126.86 |
| 12/01/2021 | 229 | DBT CRD 0750 01/11/21 98053540 HUNTER.IO STARTER HTTPSHUNTER.I DE C#0848 | $ (49.00) | $ 210,522.83 |
| 11/01/2021 | 230 | DBT CRD 1120 01/08/21 24277614 ADOBE PHOTOGPHY PLAN 408-536-6000 CA C#0848 | $ (9.99) | $ 210,571.83 |
| 11/01/2021 | 183 | AUTOPAY SERVISFIRST CCD 48737000004137506110 0608962391 | $ (9,208.65) | $ 210,581.82 |
| 04/01/2021 | 230 | DBT CRD 0831 01/01/21 22818098 INSURANCE* COVERWALLET HTTPSWWW.COVE NY C#0848 | $ (48.58) | $ 219,790.47 |
| 04/01/2021 | 229 | DBT CRD 0335 01/03/21 45030450 SEMRUSH.COM 855-814-4510 PA C#0848 | $ (107.95) | $ 219,839.05 |

This temporary statement from ServisFirst Bank is not a formal statement of your account. These items will be reflected again on your regularly scheduled statement.