# EXHIBIT I

## June 21, 2023 Interview Transcript

Translated from the Hebrew
Legaltrans

**File name: GMT20230621-065837_Recording_1280x720**

**Transcript of recorded discussion**

**File name:**

**GMT20230621-065837_Recording_1280x720**

**On June 21, 2023**

**Length of recording: 03:23:30**

**Present:**

**Liad Agmon**

**Adv. Yuri Nechushtan**

**Pe'era Feldman**

**Tami Bruner**

**Ilit Raz**

**Ilan Band**

**Udi Netzer**

| | |
|---|---|
| **Pe'era Feldman:** | Hello. |
| **(Period without speech)** | |
| **Pe'era Feldman:** | Hola, hola, hola. Hola, hola, hola. Hola. Hola, hola, hola, hola. Hola, hola, hola, hola. Okay. |
| **(Period without speech)** | |
| **Pe'era Feldman:** | Jane? |
| **(Period without speech)** | |
| **(Bell ringing)** | |
| **(Unclear voices)** | |
| **Liad Agmon:** | Heat, heat, I didn't put… |
| **Pe'era Feldman:** | A person suffering from heat, so like, uh… |
| **(Background noise)** | |
| **Liad Agmon:** | Hey, how's it going? How's the quarter progressing for you? |

Translated from the Hebrew
Legaltrans

| | |
|---|---|
| **Pe'era Feldman:** | It's progressing, uh, progressing well. |
| **Liad Agmon:** | Yeah? |
| **Pe'era Feldman:** | Yes. |
| **Liad Agmon:** | How do you think we'll finish it? |
| **Pe'era Feldman:** | I think we'll finish it well. Both sales-wise and marketing-wise. Like, what- |
| **Liad Agmon:** | Someone told me something just happened at Walla, some kind of thing, that we're hiring, no? Am I confused? |
| **Pe'era Feldman:** | That we're hiring, yes, yes, yes, yes. Yes. We decided to do a boost, we're working with some Israeli PR firm with Kfir, uh, Oslander… |
| **Liad Agmon:** | Uh, yes. |
| **Pe'era Feldman:** | Which is bothering me that we need to do things, work, uh, side conversation. |
| **Liad Agmon:** | Uh.. |
| **Pe'era Feldman:** | She's an Israeli PR [person]. |
| **Liad Agmon:** | Israeli, yes? |
| **Pe'era Feldman:** | Yes. So like, you know, in the end in Israel we also need to amplify the employer brand, because we're not, |
| **Liad Agmon:** | Yes, correct. |
| Pe'era Feldman: | They're known in Israel and… |
| **Liad Agmon:** | Tell me, how, our overseas clients, they're like, they're simply, what's called the quotes, like, is that part of the contracts? How do we obtain all the... |
| **Pe'era Feldman** | It's very hard. It's, it's, it's not a simple thing. I'm in contact with several clients. For instance, when we embarked on the journey of the rebrand, they really wanted to talk to clients. |
| **Liad Agmon:** | Yes. |
| Pe'era Feldman: | It was also very difficult to take, to get their time for feedback. Ultimately, they're more senior level people. |
| **Liad Agmon:** | Yes. |

**Pe'era Feldman:** Us, so let's say that I was in touch with American Express. They were, like, they were very happy to respond to a questionnaire and passed it around their team. But it's very, very hard to both obtain their … and ultimately to get, like...

**Liad Agmon:** Approval, you mean?

**Pe'era Feldman:** From their corporate marketing department, as it's referred to.

**Liad Agmon:** Don't we have some on our website? Like Accenture?

**Pe'era Feldman:** We do have a few, but..

**Liad Agmon:** Yes?

**Pe'era Feldman:** To obtain a genuine testimonial from them... It's pretty tough. I, that's my goal, like, I have goals for next quarter – to amplify the customer success stories and also, uh, and also, like, I'm more, uh…

**Liad Agmon:** Who's the customer…

**Pe'era Feldman:** Team review and…Let's say, them.

**Liad Agmon:** Oh, clients...

**Pe'era Feldman:** ...

**Liad Agmon:** Right. And do we have any today?

**Pe'era Feldman:** We don't, because it's a UI-agnostic system, so it's, like, saying LinkedIn is awesome. Period. There's not much else to say about a system if you're not…

**Liad Agmon:** Oh, I understand.

**Pe'era Feldman:** Handling it.

**Liad Agmon:** I get it, so there's no user experience.

**Pe'era Feldman:** Exactly. So it's, like, the same systems of… I logged in, it's easy, it's a navigation, like, all the things that are called product. So I really hope that…

**Liad Agmon:** Do you have your laptop here or should I bring one? I…

**Pe'era Feldman:** I've got my laptop.

**Liad Agmon:** Oh, ok. So, everyone, I'll be happy to look, to understand better if we're, if we're also even doing case studies with our clients. Because I haven't seen any on our website.

**Fara Feldman:** We, we have, we have case studies that aren't... So, let's say it's way easier for me to say, OK, do you agree with us publishing the case study without

the company name, or just with general characteristics and so forth? Uh, so that's a lot easier to get.

**Liad Agmon:** Yes.

**Fara Feldman:** But like, it's like, it's, it's a testimonial that's sort of...

**Liad Agmon:** General.

**Fara Feldman:** Anonymous, like...

**Liad Agmon:** Yes.

**Fara Feldman:** It's great, it's a case study that shows a case use for how they used the product.

**Liad Agmon:** Have you tried, say, giving a customer a smaller discount in exchange for a testimonial or something like that?

**Fara Feldman:** That doesn't really work for us. Honestly, I've done it in the past...

**Liad Agmon:** Yes.

**Fara Feldman:** Like when I worked at Leum Systems before Joonko, we did that, we used to do that and it was really, like, it was really a door opener.

**Liad Agmon:** Yes, absolutely.

**Pe'era Feldman:** Here I feel that's not really the case. It doesn't really work for us.

**Liad Agmon:** Why?

**Pe'era Feldman:** Because it's not enough of an incentive. Like, we've also tried to do a lot of incentives. We even said, okay, let's just do, uh, use a race marketing and come on, let's give – you refer HR Tech to us, in the end HR Tech is sold a lot by word of mouth. I told him let's, let's leverage that and come on, like, if you're now a senior recruiter and you recommend us to your friends, you'll get, whatever, an Amazon gift card. It didn't work. Like…

**Liad Agmon:** No, gift cards and that…

**Pe'era Feldman:** He says…

**Liad Agmon:** And it also, gift cards also create some kind of, uh, the gift card is problematic because it's also, I'm not sure if it's allowed for them. But like…

**Pe'era Feldman:** So you recommend, like, software?

**Liad Agmon:** No, so they'll say in that, yeah, maybe.

**Pe'era Feldman:** In GT it, it works very well, I know. I have a friend who really did it and from- and she's ranked very, very high on GT, and it's also a product that's tangible, it really has, like,

**Liad Agmon:** What...

**Pe'era Feldman:** Tons and tons of features, it's really, like...

**Liad Agmon:** So how do we actually get our leads?

**Pe'era Feldman:** Uh, from several sources,

**Maya:** What's happening?

**Pe'era Feldman:** One of them is…

**Maya:** Oh, nice.

That's Maya, just Maya talking.

**Liad Agmon:** Uh, so you're connected to Zoom from the previous meeting, Maya. Where's your Zoom?

**Maya:** Here.

**Liad Agmon:** No.

**(Unclear conversation)**

**Liad Agmon:** The Americans left it here in…, this.

**Pe'era Feldman:** Aha.

**Liad Agmon:** So,

**Pe'era Feldman:** Where we get the leads from, that was the question.

**Liad Agmon:** Yes.

**Pe'era Feldman:** So there are, there are several channels. There's a channel of BDRs, who do double duty. They also do outreach calls, which is very good. And they also do qualification of leads that come in. So everything that has to do with dimensions, we take afterwards, and then really, and then you know it's not aggressive, but it's, like, there is really a trail of follow-ups and things like that. So that is the story with the BDRs. We have monetized campaigns on LinkedIn and Google, which behave very very differently. And this is also ultimately fed by dimensions. There is content of, that we do in house, that feeds this. Oh, we started with an experiment that was super successful, so I really hope that it will continue like this, to do some kind of open demo. Oh, last week we started and already received two SQLs for this, which is, crazy. Like, it's really, it's

**Liad Agmon:** What is it, like…

**Pe'era Feldman:** Open deck, come, register, it's really open. It's just personalize and stuff like that, and it gives a kind of incentive to…

**Liad Agmon:** Yes, but let's go to the site now, to do…

**Pe'era Feldman:** Go in, there's, like, an open conversation. They, like, they sell it as a webinar.

**Liad Agmon:** Aha.

**Pe'era Feldman:** Oh, and then people want to follow up or receive a demo that, like, speaks directly to them.

**Liad Agmon:** Hmm, like, an open webinar?

**Pe'era Feldman:** A kind of webinar. Like a demo but it's a name that's legacy. And it's very, like, it's zero cost. It ultimately takes effort of BDR, which also does a sort of outreach. Like, and then, that. And then also, and also the webinars that enter the dimension um, conferences that we do. Oh, and we have all sorts of…

**Liad Agmon:** We have…that we talk? How does it work?

**Pe'era Feldman:** Also, mainly, I prefer conferences where you can talk. The costs of conferences are insane, so, like, I do…

**Liad Agmon:** Yes.

**Pe'era Feldman:** Ultimately, you need to look at the ROI of this, it won't be at any price. So we would…Uh, in Vegas in April and from there, there were, in my opinion, we set a goal of 30 opportunities there were, there are 40 demos and…

**Liad Agmon:** This weekend something, no? Of…something else.

**Pe'era Feldman:** There is Collision, yes. It isn't, it's more a conference of like, of, um, speaking opportunities and things like that.

**Liad Agmon:** Is there Herd Tech?

**Pe'era Feldman:** Uh, also that. Among other things. And there is another huge conference at, long story short, there are a few good conferences.

**Liad Agmon:** There are, yes.

**Pe'era Feldman:** I [unintelligible] one of the BDRs that…he's very passionate about marketing it and he really collects a lot of information and, and meet ups that they are planning and secret dinners as we call them, which is a kind of group of uh, 10 to 14, like, uh VPs from amazing companies. There was

just on Thursday, uh, City, and with like, like wonderful companies. And from there it's also, like, nurturing, ultimately. Meaning, it's really, uh, so a lot of work from…these trainings.

**Liad Agmon:** Tell me…those that…won't give us a testimonial? What…a satisfied customer, an unsatisfied customer?

**Pe'era Feldman:** In, in Customer Success these are questions that I don't know how to answer, because I thankfully have the…

**Liad Agmon:** Yes.

**Pe'era Feldman:** I also came back from maternity leave two months ago, so, like…

**Liad Agmon:** Oh, wow. Congratulations.

**Pe'era Feldman:** So I, thank you. So I'm, like, still figuring it out and now

**Liad Agmon:** You don't work close to them? In the context of like, of Customer Marketing and, like, on the subject of Testimonials, there's something…

**Pe'era Feldman:** Look, we had someone very unsuccessful at Customer Success, who we let go, thank God. So I think, and hundreds, meaning, a lot of the things that I was also depending on…

**Liad Agmon:** One person…

**Pe'era Feldman:** Even before I left…

**Liad Agmon:** Who, like, manages…

**Pe'era Feldman:** He's the…

**Liad Agmon:** The whole Customer Success?

**Pe'era Feldman:** Yes, he did it together with Ilit, and he was supposed to recruit, uh, someone, it's, I think it's a position that has been open for six months and he didn't succ... he didn't, he didn't meet it

**Liad Agmon:** He didn't have it, yeah. He was in the United States.

**Pe'era Feldman:** In the United States, yes. And it's really really hard to recruit there. We also just parted ways with, like, a director of content and it's very hard for us

**Liad Agmon:** Oh wow.

**Pe'era Feldman:** Yeah.

**Liad Agmon:** Because?

**Pe'era Feldman:** Because she wasn't good. Like, there were red flags along the way. Uh, and if I need to narrow down why we ultimately did decide to let her go,

even though it's a headache, because I'm now taking it on myself, uh, until I find someone else, it's that first it's, all her communication was completely faulty, she didn't answer Slak, to people…

**Liad Agmon:** Oh, so just, like, not responsive

**Pe'era Feldman:** Nothing, not responsive, and a lot of people depend on her. Ultimately, like, a pivotal character, for the purpose of the matter. And her…was very, uh, lacking. Like, if ultimately you understand, we are now in May, June? That we are not ready for HR, we are ready for a specific town acquisition, then we have a problem. Oh and also all kinds of, you know, the small things. Uh, but team management, things like that. But, uh…

**Liad Agmon:** So what, what essentially makes you curious to go from CMO to CRO? In other words, how, uh, in CRO, like, in the new role Marketing will also report to you? Right?

**Pe'era Feldman:** Yes.

**Liad Agmon:** To do unity in, on the escalation…

**(Speaking at the same time)**

**Pe'era Feldman:** I knew, I, I was referring to that question, because I said to myself what, to, uh, why do you need this headache? But, uh, I really remember…

**Liad Agmon:** By how much, by how much have you gone down in value now?

**Pe'era Feldman:** Wow. That's a question for, again, a question for Ilit, because I really connect the…like, right now…

**Liad Agmon:** Okay, that's fine.

**Pe'era Feldman:** More, like, opportunities.

**Liad Agmon:** Okay.

**Pe'era Feldman:** Uh, but, Uh, I remember that I was in the car last year, I was listening to a podcast of Darrel April who is a CMO turned CRO, and he was talking and I said, fuck, those are the things that I look at like that. The whole NCV, why the conversation did not reach- In the end, I do not create opportunities. I want to do the reverse engineering in order to know what I can do better, in order to bring the Marketing to a place that serves Sales, like, you know, presale and post-sale. Oh, and, and I said come on, it, it interests me enough. Like, it's not only, uh…

**Liad Agmon:** Because it's a completely different skill set, ultimately, dimension and sales.

**Pe'era Feldman:** Right, but, right. But I think that because very, uh because I'm very performance oriented in, in my nature, the marketing was always performance oriented, it's not let's do fat leadership for the sake of fat leadership, it's not, it's, it's for example in B2B, SAS it's not interesting.

**Liad Agmon:** It doesn't work, it doesn't work.

**Pe'era Feldman:** No, it, it works, but it's not substantial. And in the end if you want to be impactful, and it, it

**Liad Agmon:** It…

**Pe'era Feldman:** Yes

**Liad Agmon:** And then what, you just, uh, because I remember that Ilit told me, there's this woman, I don't remember her name, who is your number one saleswoman, or BDR maybe number one…

**Pe'era Feldman:** BDR.

**Liad Agmon:** No, no.

**Pe'era Feldman:** BDR? Maybe.

**Liad Agmon:** So I'm confused, So what is there in sales today essentially? Who are you, like, who is there at Sales?

**Pe'era Feldman:** So today there is, so there is Arik, who is amazing. Like, really, he's strong, he's is a leader. Like, not only, uh, he doesn't only manage them, he is truly a leader, he gives the team spirit, like, it's very, very important, I think. Like…

**Liad Agmon:** And he himself closes transactions?

**Pe'era Feldman:** He, he is present in a lot of conversations about transactions. He is also, look, I, like, don't want to stereotype, but he is a Latin man. So as soon as he goes into a conversation, something changes in the dynamic. Like, it's, I remember that we did industrial espionage, about two, three years ago, and we would go into conversations and in the end, uh, someone queer would go in, and it sells itself. Like, ultimately she doesn't need to say anything, so you know…

**Liad Agmon:** Only…

**Pe'era Feldman:** We would go into, uh, conversations with comp, competitors…

**Liad Agmon:** How?

**Pe'era Feldman:** Oh, we have our ways.

**Liad Agmon:** What, like, a competitor does a conversation…

**Pe'era Feldman:** I would do with, I would go into the conversation with Untapped [sic]…

**Liad Agmon:** Yes.

**Pe'era Feldman:** As Jennifer Cohen, who had a position, and all that. And like, and listens. And learns from the speech, and learns the flow. Like…

**Liad Agmon:** So, like, you would listen to the conversation of another company that is selling to another company or, like…

**Pe'era Feldman:** No, I would actually go into the conversation.

**Liad Agmon:** Impersonating a customer.

**Pe'era Feldman:** Like….

**Liad Agmon:** He makes a speech

**Pe'era Feldman:** Yes.

**Liad Agmon:** Crazy.

**Pe'era Feldman:** So like, it, it, you know, you do your thing.

**Liad Agmon:** Like. what do you learn from it essentially? Everything?

**Pe'era Feldman:** A lot. A lot, a lot. One of them is on all the, I didn't even realize the fact that maybe there does need to be someone who is underrepresented. Like, in the conversation.

**Liad Agmon:** In the conversation itself.

**Pe'era Feldman:** Yes, when someone goes in, I remember that I went into a conversation with Sikart, and another white guy goes in and then, he says, me, my, my husband. Like…

**Liad Agmon:** That he's there.

**Pe'era Feldman:** It takes the conversation to somewhere, to a very different place. Because…

**Liad Agmon:** Even softer.

**Pe'era Feldman:** Oh, yes. So it, it's, the pitch, the deck. Uh, how the conversation goes, how the follow up works after that. Like, a little understanding at the end if they know, if they did something that they apparently, uh, did the research, like, then to understand what…

**Liad Agmon:** …

**Pe'era Feldman:** To take and see what is appropriate for us.

**Liad Agmon:** How many competitors do you have?

Translated from the Hebrew
Legaltrans

| | |
|---|---|
| **Pe'era Feldman:** | Uh… |
| **Liad Agmon:** | Who is the number one? |
| **Pe'era Feldman:** | It's possible that, like, let's say Unkapped, like, on the paper it's number one. |
| **Liad Agmon:** | Unkapped? |
| **Pe'era Feldman:** | Oh, like, sells more diversity solutions that are AI driven, but behind the scenes it's not 100%, it doesn't matter there's, like, all kinds of, uh, ways you can look at it. They are, like, the strongest, C car GM, there are a few. |
| **Liad Agmon:** | Yes |
| **Pe'era Feldman:** | Patch, uh… |
| **Liad Agmon:** | And you know, like, whatever, I try to think from the standpoint of the customers themselves, how many CVs, like, like do you track how many are accepted? |
| **Pe'era Feldman:** | Yes, of course. |
| **Liad Agmon:** | Yes? |
| **Pe'era Feldman:** | Of course, of course. Yes. |
| **Liad Agmon:** | Who is the most amazing success story? |
| **Pe'era Feldman:** | Very important. I think that every customer has a very different success story. Because every customer also has, uh, diversity recruitment KPI. |
| **Liad Agmon:** | Yes |
| **Pe'era Feldman:** | It's a bit different. Like, at the end they… |
| **Liad Agmon:** | No, give an example. |
| **Pe'era Feldman:** | They also need uh… |
| **Liad Agmon:** | The customer, like, loves… |
| **Pe'era Feldman:** | Who loves our product? |
| **Liad Agmon:** | Yes, yes, a good one. |
| **Pe'era Feldman:** | Oh, I think that Booking is very very very happy with what they receive. Also in, in the volume and also, uh, I think that it ultimately serves them, because they look at uh metrics of uh at the end of volume of underrepresented candidates that go in. It really, it really serves them, because in the end they need to show it in diversity, in their DNI reports that they issue each year, they need to show that they progressed, that made an impact, that they did something. So I think that the dynamic is good |

there, also because they, it's Internet…like recommendations that we made. Your…they are like this and that so let's change up the lingo a bit and then you will receive more, uh, critical mass of, uh, of CVs.

**Liad Agmon:** Got it.

**Pe'era Feldman:** So I think it's very interesting.

**Liad Agmon:** Like there is an advantage.

**Pe'era Feldman:** And that, and that is also what I say that I can't, use it publicly, but…

**Liad Agmon:** Yes.

**Pe'era Feldman:** Like…

**Liad Agmon:** That's it, because you ostensibly, like, the success was that they are a huge company or that they are in travel maybe? Like, what, like, what, uh…

**Pe'era Feldman:** Uh, why, how do I explain…

**Liad Agmon:** That they have specific sales…

**Pe'era Feldman:** The success?

**Liad Agmon:** That they really…

**Pe'era Feldman:** Oh, I think that maybe communication was very, uh, very significant. Because I think that mainly until, until, until recently they were very low touch. Like, in the end, uh, we sold and you will receive CVs passively, and it, it doesn't really have the…

**Liad Agmon:** The interactions.

**Pe'era Feldman:** There isn't, there isn't very much interaction because, also it wasn't, because it wasn't necessary. But yes, companies that really have the human touch, I think that it works better, because then, I think that you can really show…

**Liad Agmon:** But who will manage that?

**(speaking at the same time)**

**Pe'era Feldman:** So you, so there are a lot of relationships that are still, like, in the hands of Ilit. There isn't, uh…

**Liad Agmon:** Yes.

**Pe'era Feldman:** Yes, which is, everyone understands that it's necessary to decrease it. Like…

**Liad Agmon:** Yes, that's the thing, that is one of the things that we, see, like, that it flows into many, many things. It simply is not…

**Pe'era Feldman:** No, no, totally.

**Liad Agmon:** I don't know how it will change, uh…

**Pe'era Feldman:** A little…

**Liad Agmon:** A little?

**Pe'era Feldman:** (laughs)

**Liad Agmon:** Oh, and, then, so what is the CRO plan essentially? What is your hiring plan? What, like, what is the plan in the end?

**Pe'era Feldman:** Until then, or?

**Liad Agmon:** Of the targets?

**(speaking at the same time)**

**Pe'era Feldman:** Correct.

**Liad Agmon:** End of the discussion another week, two weeks you [will be] CRO of, uh Joonko? What…

**Pe'era Feldman:** I need a bit more than a week, two weeks, let's say.

**Liad Agmon:** Okay.

**Pe'era Feldman:** Because I need, there are a few…

**Liad Agmon:** Where does one start?

**Pe'era Feldman:** There are a few key people that I need to recruit by then, I need a few weeks to really hire and devote efforts to hiring.

**Liad Agmon:** Yes. In Israel or abroad?

**Pe'era Feldman:** Both. Oh, strategically also abroad. Like, director candid [sic] will definitely be abroad. There are another few, some points that I need to recruit there. Uh, dimension will be here. Uh, someone senior who can also recruit a team after him. Product marketing it's also very, very important to do that, that will do sales enablement, ultimately I cannot be the bottleneck of every white paper that needs to go out or one pager, or, uh solution, whatever. Oh, it just holds the sales, like, without, with a minimum, uh. And, and then, uh and then grow from there. And then increase it from there. Meaning, I think that, that there is a stable and good infrastructure and I, that I also, uh, ultimately, uh, I will take the key people so it will be much easier to navigate it. Uh…

**Liad Agmon:** To what extent are the product people involved in, in these worlds? For example, it's dynamic, the product people were involved in the sales processes, were they involved with customers? There was no dynamic of, for the purpose of the discussion the sales people would appoint product people for sales.

**Pe'era Feldman:** I think that because our platform ultimately talks to the end user, and the end user is not the buyer, it's two, it's two very different conversations. I think that the product does need to be more involved in the conversation of understanding what the bosses of these people want. But they ultimately need to be very, very in the field. It's very field [sic], like, ultimately from the recruitment and soars [sic], who are, who really sit and do this, what they do to research their habits, it's very different then what, uh, a VP or will do [sic], talent equitation at American Express expects and wants to receive from the product. This is an important point, but I think that they do need to be exposed to these discussions.

So today it's very, I think that today the challenge is really to create a system that's more sticky, uh, like, a UI that's more sticky. Uh, and by that I…

**Liad Agmon:** Yes, let's say, uh, everything is always urgent.

**Pe'era Feldman:** Yes, or no. Like, or its, you say, yes, we can give it another fifteen minutes and then there's nothing more…

**Liad Agmon:** Then, uh, you basically sell to a buyer, who is, like, the director and essentially…

**Pe'era Feldman:** Director and up.

**Liad Agmon:** Yes.

**Pe'era Feldman:** And those who use it, it's like now, I'm giving an example from the parallel world, when, when I worked at Loom Systems we sold to directors of, like, everyone who is essentially, like, those who managed the…but, at a high level. Because it's, because the pain of log in bothers you, everything bothers him, but ultimately the system is for their end user, deals with log in.

**Liad Agmon:** Now, he essentially, uh, sorry I'm writing her that I'll talk to her in half an hour.

**(Liad Agmon dealing with his phone)**

**Liad Agmon:** Uh, so, I, I'm trying to think, like, how, let's assume, on, on the sales in, in my experience. There is, there is the…who buys value. He buys, like, the value of the system.

**Pe'era Feldman:** Correct.

**Liad Agmon:** And then there are the end users, who use it on a daily basis.

**Pe'era Feldman:** Correct.

**Liad Agmon:** And they essentially need in the end, for renewal and so forth, to reach VP okay. Like, they are happy, they receive value and so forth. It, you do not measure it by KPI, the, like, you don't have some kind of QBRs for, with everyone for, like how, how are you with retention for example? Like, what is the adverse retention,

**Pe'era Feldman:** I think we are at, uh, I think 90% retention.

**Liad Agmon:** Gross…?

**Pe'era Feldman:** No, uh, net.

**Liad Agmon:** Net retention.

**Pe'era Feldman:** Yes, but I think that it's, again, this is a question for Ilit, but, I, I think that in general, in our system there are, uh, analytics that can go in and really see the value, the ROS. And it's very, I think that ultimately, like all other sourcing, like, source, uh, ultimately you need to know like what, what Y derives from it. Like, it's very, very important to them. It's really very important to them for time equitation, so I think that also the…do it and also the VPs do it. Uh, and ultimately that's what makes the difference.

**Liad Agmon:** Interesting.

**Pe'era Feldman:** Yes.

**Liad Agmon:** And then essentially at Q, like, what actually happens with QBRs? With QBR, or that you, you are not involved at all in, in the situation of the…

**(speaking at the same time)**

**(Tami Bruner enters the room)**

**Pe'era Feldman:** Hi.

**Liad Agmon:** How are you?

**Pe'era Feldman:** Hi, what's happening?

**(Adv. Yuri Nechushtan enters the room)**

**Liad Agmon:** Okay, you can come in, hello. Hi, uh, you can close the door. Ilit will be here soon.

**Pe'era Feldman:** Oh, wow. It's an open board.

**(speaking at the same time)**

**Pe'era Feldman:** Hi.

**Adv. Yuri Nechushtan:** Hi.

**Pe'era Feldman:** Hi, Pe'era.

**Adv. Yuri Nechushtan:** Pe'era, nice name. I'm Yuri Nechushtan.

**Pe'era Feldman:** Hi.

**Adv. Yuri Nechushtan:** I'm an attorney for Insight and Joytex.

**Liad Agmon:** So, Pe'era, the conversation, uh, is a bit different. Uh, we, we have grave suspicions of fraud at Joonko.

**Pe'era Feldman:** Okay.

**Liad Agmon:** In, to, uh, fraud on a very, very large scale. We'd like to hear your opinion on the matter.

**Adv. Yuri Nechushtan:** And her feeling…

**(speaking at the same time)**

**Liad Agmon:** Uh, and we are in a very, very dramatic event. So I will give Yuri a minute to expand on this matter.

**Adv. Yuri Nechushtan:** Yes. So first of all, nice to meet you. I…

**(Mr. Udi Netzer enters the room)**

**Liad Agmon:** Hi Udi.

**Pe'era Feldman:** Hi Udi.

**Adv. Yuri Nechushtan:** Hi Udi. I was asked by Joytex…to deal, to check this matter, we have been examining it lately. Uh, your role, I understand, is CMO of the company?

**Pe'era Feldman:** Correct.

**Adv. Yuri Nechushtan:** How many clients does the company have?

**Pe'era Feldman:** 110 clients.

**Adv. Yuri Nechushtan:** So, look, we checked. This company does not have 110 clients, not even close. Now, let's try…

**Liad Agmon:** Booking.com, which you noted before this, is not a client.

**Adv. Yuri Nechushtan:** They are not a client of the company, Sanshan is not a client, but there are a very large number of fictitious clients, that don't really pay money to the company. We saw forged bank printouts. We saw forged orders, purchase orders or invoices or things like that, forged transaction documents.

And we plan on acting with respect to this. In other words,, this isn't merely an informational meeting. We are going to take action in the company, and the company, uh, probably, not probably, is very different from what was represented to us.

And it's very important to me, and it's important to you as well, as an employee of the company, who is connected to the world of the clients, to cooperate with us fully. This, this is what will serve your interest fully. So I, I'm saying again, these, these clients, they are among the clients that contacted the company, there are clients that were clients for a short time, and ceased their activity in the company.

I'm asking that you give us the information you know on this matter so that you can assist us to get to the truth. It's very important.

**Pe'era Feldman:** I'm the CMO of the company, I really, all my activity in the company is up to the stage of opportunities. Meaning, I, create the, so-called leads, for the purpose of the discussion…

**Liad Agmon:** But you told me in the conversation now that you spoke with clients of, that brought testimonials…

**Pe'era Feldman:** Correct. It…

**Liad Agmon:** Which clients did you speak with yourself?

**Pe'era Feldman:** I corresponded with someone at American Express. Uh, Booking I got through Ilit.

**Liad Agmon:** You actually received the testimonial?

**Adv. Yuri Nechushtan:** Booking isn't…

**Pe'era Feldman:** She gave the, I, I'm telling what I know.

**Adv. Yuri Nechushtan:** How many customers were you in contact with?

**Pe'era Feldman:** I, I was barely in contact with the clients, because Ilit was in contact with the clients. I really managed, everything to do with, I need a minute, sorry.

**Liad Agmon:** Yes.

**(Pe'era Feldman breathes heavily and drinks water)**

**Pe'era Feldman:** I've been at Joonko for three and a half years.

**(Pe'era Feldman stops and takes a breath)**

**Pe'era Feldman:** I worked closely with Ilit in order to bring, uh…

**Adv. Yuri Nechushtan:** How did more leads come?

**Pe'era Feldman:** Because I created them, what does that mean? In…in BDRs. I was, for that purpose, BDR, I contacted people on LinkedIn in order, uh…

**Adv. Yuri Nechushtan:** You contacted people on LinkedIn, and how do you know whether they became or did not become customers? Only from Ilit?

**Pe'era Feldman:** In the end they, they, what was closed, yes or no, yes. In the end, like, until we had a proper CRM that we inserted into, even then not everything went into the, the sales force, yes.

**Liad Agmon:** You were saying before, a few minutes ago with Apple about a testimonial, is Apple a client?

**Pe'era Feldman:** To the best of my knowledge, yes. But I haven't, I've never spoken with them. In the end the whole Customer Success is not in my domain. Ultimately, I, I, I manage the funnel up to the stage of Opportunities and then there is an orderly hand off between the team of BDRs or whatever, from whatever source it comes from, towards, uh, towards sales.

**Liad Agmon:** On a personal level, uh, you used the company's credit card for personal expenses?

**Pe'era Feldman:** Personal expenses?

**Liad Agmon:** Yes, private trips.

**Pe'era Feldman:** Never. Absolutely not. If I did…

**Liad Agmon:** Let's go back to…

**Pe'era Feldman:** If I did that, I did it once and accidently ordered take-out food with the company's credit card and then, uh…

**Adv. Yuri Nechushtan:** Okay, so let's go back to the subject of the clients. Because I'm telling you that from what we saw, there aren't even close to 100 clients. You said confidently that there are 100 clients. And from what we understand.

**Liad Agmon:** She said 120.

**Adv. Yuri Nechushtan:** 120 customers. Which…

**Pe'era Feldman:** Ultimately it's marketing that I do. Ultimately those are the things that I know…

**Adv. Yuri Nechushtan:** But how…

**Pe'era Feldman:** That I receive.

**Adv. Yuri Nechushtan:** Do you know the number of clients?

**Pe'era Feldman:** I receive it from the…

**Adv. Yuri Nechushtan:** Only from Ilit?

**Pe'era Feldman:** Yes, from the person who, ultimately Customer Success in Ilit's hands, so I trust her. I don't, it's also not my domain. My obligations and my KPI and those of my teams are ultimately to bring opportunities.

**Liad Agmon:** And you don't even know if there is revenue from those customers.

**Pe'era Feldman:** I'm really not involved in that.

**Adv. Yuri Nechushtan:** You're not involved in that.

**Pe'era Feldman:** In, in the end, in closing sales, no.

**Adv. Yuri Nechushtan:** Look, you sent Tami, uh, Excel sheets together with a bank printout, with the Excel sheet being some sort of road map explaining each entry from this bank printout, with which client it's associated or with which transaction it's associated.

**Pe'era Feldman:** It's, so, uh, on Passover…

**Adv. Yuri Nechushtan:** Correct.

**Pe'era Feldman:** I was on leave, maternity leave, too. Uh, Ilit didn't have reception and she asked me to forward it to Tami. So I just forwarded it…

**Adv. Yuri Nechushtan:** Where did you get it from?

**Pe'era Feldman:** From Ilit.

**Adv. Yuri Nechushtan:** From Ilit?

**Pe'era Feldman:** Yes.

**Adv. Yuri Nechushtan:** The bank printout as well?

**Pe'era Feldman:** Everything. Everything that…

**Tami Bruner:** And all the, all the invoices that you sent me.

**Pe'era Feldman:** That, that's what, Ilit forwarded to me and…

**Tami Bruner:** She created an Excel sheet and then you sent it to me.

**Pe'era Feldman:** Yes.

**Adv. Yuri Nechushtan:** Meaning, you had no part in preparing this document?

**Pe'era Feldman:** No, I was on leave with my family, really, like, I didn't even have a laptop with me, I had a phone with me.

**Liad Agmon:** Pe'era, can we get the laptop back, please? It's just that it's company property.

**Udi Netzer:** Pe'era can you think of a possibility that there is only, uh…

**Pe'era Feldman:** No.

**Udi Netzer:** 20 clients in the company.

**Pe'era Feldman:** 20, no.

**Udi Netzer:** Even less.

**Pe'era Feldman:** Absolutely not.

**Udi Netzer:** You can't imagine that.

**Pe'era Feldman:** No.

**Tami Bruner:** But you, yourself, did not speak with clients.

**Pe'era Feldman:** Very little, like, it was also one, it was like my pain in…

**Liad Agmon:** By the way, what is the password?

**Pe'era Feldman:** Uh, one, nine, eight, zero, uppercase B, a, b, y.

**(Liad Agmon attempts to log into Pe'era's laptop)**

**Pe'era Feldman:** Were you able to get in?

**Liad Agmon:** Uppercase B, a, b, y?

**Pe'era Feldman:** Uppercase B, a, b, y.

**Liad Agmon:** a, b, y lowercase. Okay.

**Pe'era Feldman:** Yes, uh…

**Adv. Yuri Nechushtan:** Do you, do you know the people from the, from sales at the company?

**Pe'era Feldman:** Yes, of course.

**Adv. Yuri Nechushtan:** From them you also know of the number of clients as you stated? When I tell you that there are, at least 100 orders that are not real. With clients of the company that are not real.

**Pe'era Feldman:** I know that there is a problem with the close rate.

**Adv. Yuri Nechushtan:** What is close rate?

**Pe'era Feldman:** That…

**Tami Bruner:** Closing rates of clients.

**Adv. Yuri Nechushtan:** No, no, okay, I'm asking her. She is a professional.

**Pe'era Feldman:** Oh, and I know that in the end we had problems at the end of the funnel, meaning, everything, as far as I'm concerned, we had a problem of, uh, the way I see it…

**Adv. Yuri Nechushtan:** There is a low rate of closing from the leads you transfer, that is the problem…

**Pe'era Feldman:** Correct.

**Adv. Yuri Nechushtan:** In the close rate?

**Pe'era Feldman:** Yes.

**Adv. Yuri Nechushtan:** When you say problem, if you are asked in terms of numbers, what type of close rates are there?

**Pe'era Feldman:** Based on what I know, before I left for maternity leave, it's, let's say, uh, we were at, uh 5%, something like that. That's not high…

**Adv. Yuri Nechushtan:** And its, you know from sales…

**Pe'era Feldman:** Benchmark…

**Adv. Yuri Nechushtan:** Or from Ilit?

**Pe'era Feldman:** That I know from sales.

**Adv. Yuri Nechushtan:** Most clients, so the closing is done, through Ilit? She receives the…

**Pe'era Feldman:** Through Ilit and the sales team, yes.

**Adv. Yuri Nechushtan:** Yes, but…

**Pe'era Feldman:** Yes.

**Adv. Yuri Nechushtan:** Does she receive most of the sales commissions? As far as you know.

**Pe'era Feldman:** Like, what is, the, the commission, in other words? I think that Ilit receives the commission. At the end of the, the one who closes the sale receives the commission.

**Adv. Yuri Nechushtan:** But no, many times she is the one who closed the sale, no?

**Pe'era Feldman:** Correct. No, no, ultimately I really don't know what happens with the commission, uh…

**Adv. Yuri Nechushtan:** And you don't know what happens with the closing of the sales.

**Pe'era Feldman:** Correct. I managed sales for a period of, uh, more on the level of, uh, managing sales, I know, BDRs and that whole thing…

**Adv. Yuri Nechushtan:** What are BDRs?

**Pe'era Feldman:** Uh, business development reps who do the, I was, I assisted the, the, uh, process until, uh, until the last stages. And then I left it.

**Adv. Yuri Nechushtan:** And then who did it?

**Pe'era Feldman:** And then came…

**Adv. Yuri Nechushtan:** Sales?

**Pe'era Feldman:** Emannuel in August, uh, we did…

**Adv. Yuri Nechushtan:** And when you did that, how many clients did you close?

**Pe'era Feldman:** I didn't close, I didn't close, I, I also conditioned it on me being responsible for sales and that I do not get into, am not involved in the sales process. I'm willing to bring the sales and concentrate them, for the purpose.

**(Ilit Raz enters the room)**

**Liad Agmon:** Hello. Hi Ilit, nice to meet you.

**Ilit Raz:** What's up?

**Liad Agmon:** OK, what's up?

**Adv. Y. Nechushtan:** Hello.

**Liad Agmon;** Ilit, this is Yuri.

**Adv. Y. Nechushtan:** Hello, nice to meet you.

**Liad Agmon:** Attorney, litigator, who is helping us to investigate what is going on…We have, do you want to begin Yuri?

**Adv. Y. Nechushtan:** Yes. We were asked by the leading shareholders in Joonko…to check several matters and employees here who are connected to the financial situation and to the company's clientele.

From the clarifications that we've conducted together with our clients, the investigation, and according to the investigations that we conducted have produced very troubling and very problematic findings about the number of the company's clients.

Translated from the Hebrew
Legaltrans

The number of the company's clients, from what we've seen and examined, and we cross-checked that information, is magnitudes smaller than what was reported to the shareholders. What do you say? How many clients does the company have? Active?

**Ilit Raz:** Who are in touch with me?

**Adv. Y. Nechushtan:** Those as well.

**Liad Agmon:** Yes, but first, one moment.

**Adv. Y. Nechushtan:** We're talking about a very serious matter here. Large amounts of money and very problematic things. They have very significant lateral implications. I think that it would be advisable for you to tell us what you know.

It could help you in the future. It could help the company to understand what is happening, to gather the rest of the facts that must still be gathered in order to minimize the damage – and the damage is huge.

**Ilit Raz:** The situation is not good.

**Adv. Y. Nechushtan:** What does that mean? Be more specific Ilit. How many real clients does the company have?

**Ilit Raz:** About 30.

**Adv. Y. Nechushtan:** 30 clients?

**Tami Bruner:** How many paying clients?

**Adv. Y. Nechushtan:** How many of them pay? What?

**Ilit Raz:** More or less.

**Adv. Y. Nechushtan:** More or less? And how much do they pay a year, approximately, these clients?

**Ilit Raz:** It varies from client to client.

**Adv. Y. Nechushtan:** In total? The ARR from these 30 clients.

**Ilit Raz:** About a million or two million.

**Adv. Y. Nechushtan:** A million or two million dollars a year? From 30 clients? Okay, and in the company's reports there are over 100 clients. When you said the situation is not good, what does that mean? That clients have left? Or the clients were not there in the first place?

**Ilit Raz:** Partly.

**Adv. Y. Nechushtan:** Part of this and part of that. Okay, which part? How many clients of those who were reported never existed? Approximate number? Estimate?

**Ilit Raz:** About half.

**Adv. Y. Nechushtan:** Half. Okay, now we want to understand from you the company's financial situation. How much money is in each and every one of the banks that we know about, that the company works with the First Bank… How much money is in there? Approximately?

**Ilit Raz:** About a million dollars.

**Adv. Y. Nechushtan:** About a million. Bank Hapoalim in New York – how much is in there>

**Ilit Raz:** Five million dollars.

**Adv. Y. Nechushtan:** Five million dollars? And in Israel about 3 million?

**Ilit Raz:** About 4.

**Adv. Y. Nechushtan:** Four, in other words 11 million dollars.

**Liad Agmon:** Where is the rest of the money?

**Adv. Y. Nechushtan:** Where is the rest of the investment money. Where did it go to? Not all of it was completely burned up in the company downgrade.

**Ilit Raz:** A lot of it was, yes.

**Adv. Y. Nechushtan:** What? 15 million dollars are gone?

**Ilit Raz:** No.

**Adv. Y. Nechushtan:** 12 million dollars were burned up in a year?

**Ilit Raz:** The company raised 17 million dollars.

**Liad Agmon:** You had 4 million dollars in cash, you had 21 million, you went through 10 million dollars in a year? On 40 structures? How does that happen?

**Ilit Raz:** It didn't go to me. That money went only to the company.

**Adv. Y. Nechushtan:** Okay, and now, in Bank Hapoalim in New York you say that there are 6 million dollars, 5 or 6 million dollars.

**Ilit Raz:** Six.

**Adv. Y. Nechushtan:** Now, you sent to Tali Bruner, about a month ago, in real time, a screenshot that there are 14 million dollars in Bank Hapoalim. How did you make that screenshot?

**Ilit Raz:** …

**Adv. Y. Nechushtan:** Okay, it's not a real screenshot, right:?

**Tami Bruner:** The printout from Service Credit?

**Adv. Y. Nechushtan:** The printout from Service Credit that it has 9 million dollars in the bank account there is not real. You understand the significance of everything that you're saying here, right? Now, from what we've found, you said that there are 30 clients. We found less so maybe that number is slightly rounded up?

**Ilit Raz:** Old clients.

**Adv. Y. Nechushtan:** Paying clients. I'm talking about a live, paying client. There are clients that said they wanted to get rid of the system, right? Are they among those 30 or aside from the 30?

**Ilit Raz:** Among.

**Adv. Y. Nechushtan:** Among them. So apparently it's less than 30. When you say, I need to check, where can you check who the paying clients are? Where is that information? We want to get the information, to know the exact status of the company, precisely, so that we'll know how to handle this, whether the company, how it will continue to operate, in what format, what do we do with this business.

There's money here, a great deal of money of the investors that is still in the company's coffers that must be handled carefully, protected, and [we have to] see how to do that. I'm asking you to tell us how to get to the company's paying clients in order to ascertain, to maintain, to see that it actually works.

**Ilit Raz:** It's information that can be…

**Adv. Y. Nechushtan:** No, where is this information? Is it information that's on your computer or somewhere else? We have to see the metric. There's some kind of database that contains the clients, where they actually know who the real clients are.

**Ilit Raz:** Everything that's written for you here.

**Adv. Y. Nechushtan:** Some of which is in Salesforce and some of which is not in Salesforce. The part that is not in Salesforce – where is it?

**Ilit Raz:** In sales.

**Adv. Y. Nechushtan:** In the sales department? The sales? Can you mention them by name? Who are the people, the sales people, who have a connection with a specific client or specific clients? Let's hear the name so that we can…

**Ilit Raz:** Kim and Ariel.

**Adv. Y. Nechushtan:** Kim and Ariel?

**Tami Bruner:** Do they know specifically? Who are the actual existing clients?

**Liad Agmon:** Do they know about clients that don't exist?

**Adv. Y. Nechushtan:** Do they know about clients that are not real?

**Udi Netzer:** Ah, the fake ones are between you and the reports, or are the sales people not involved either?

**Ilit Raz:** No one is involved.

**Adv. Y. Nechushtan:** Does anyone else know about the bank statements, that they're fake, except for you?

**Ilit Raz:** Only me.

**Adv. Y. Nechushtan:** Only you.

**Liad Agmon:** How do you explain how Eran, that a friend who has been with you for three and a half years has no idea about this?

**Ilit Raz:** …

**Tami Bruner:** So the invoices that you sent to me, who filled them in? Who created them?

**Ilit Raz:** I did.

**Liad Agmon:** How did you do it? It has clients' signatures …

**Ilit Raz:** … with it now, and it's not employees, no one knows.

**Adv. Y. Nechushtan:** How were the invoices created from clients who are not real, how did that happen? What was the process? Is there some kind of documentation? Is there DocuSign? Something like that.

**Ilit Raz:** Yes, but it isn't connected, it doesn't matter, I don't think it's relevant.

**Adv. Y. Nechushtan:** Did you create them yourself?

**Ilit Raz:** Yes.

**Liad Agmon:** Tell me, there were a very large number of private trips on the company's credit cards.

**Ilit Raz:** What?

**Liad Agmon:** A trip to Paris, a trip in business class.

**Ilit Raz:** To Paris?

**Liad Agmon:** What credit card did you use?

**Ilit Raz:** Mine.

**Liad Agmon:** It was all your expense? Not the company?

**Ilit Raz:** Yes.

**Liad Agmon:** A trip to Formula 1?

**Ilit Raz:** That was at the expense of the management.

**Liad Agmon:** Which members of the management went?

**Ilit Raz:** Aviv and I.

**Liad Agmon:** Eran didn't?

**Ilit Raz:** We worked very very hard on the round,

**Liad Agmon:** Did you transfer to the banks the signatory rights documents that we requested after the management meeting?

**Ilit Raz:** I haven't transferred it yet.

**Tami Bruner:** Can you say a little about the communication between you and Omri from Bank Hapoalim?

**Ilit Raz:** What communication?

**Tami Bruner:** What was said in it?

**Ilit Raz:** No, he can't talk.

**Liad Agmon:** Were the clerks in the bank aware of the conversations?

**Tami Bruner:** Did you tell them not to contact us?

**Liad Agmon:** The guy from Alabama wasn't told not to contact us? Was it written to him not to make contact with us?

**Adv. Y. Nechushtan:** There's an email that you sent to the bank, in which you asked it not to cooperate with us… correct?

**Liad Agmon:** Did you lie about that?

**Adv. Y. Nechushtan:** It doesn't matter. The email exists, we just need to know where we stand, you need…

**Tami Bruner:** There was a question about Bank Hapoalim.

**Adv. Y. Nechushtan:** You need to undo that email and tell the bank at least to give us access.

**Liad Agmon:** To do it now.

**Adv. Y. Nechushtan:** To tell the bank to give us all of the information, you need to send it an email and tell it to send an email to Tami and to Yanai and to Udi, to Liad, the members of the company's board of directors, all of the material that bank has from the first day to the last day. The bank account in Alabama also has a money market account, a noncurrent account, where you transferred the money, right? Where is the money invested, investments?

**Ilit Raz:** No, no, it's all in the bank. In both of them, a deposit.

**Adv. Y. Nechushtan:** Deposit?

**Ilit Raz:** None of that money went to my own pocket.

**Adv. Y. Nechushtan:** I understood that, okay, I appreciate the answer, We'll see at the end,

**Liad Agmon:** Do you have his telephone number? Can you send it to me and Eran?

**Ilit Raz:** It's only at home.

**Adv. Y. Nechushtan:** Now, the burn rate that you say was approximately 10 million dollars, is it documented in the company's books? All of the expenses that you said are effectively the difference between the investment money and the balance that there should have been that apparently didn't exist, and the money that is currently in the accounts, is every shekel that was spent documented in the company's books?

**Ilit Raz:** No.

**Adv. Y. Nechushtan:** So how can they say it?

**Ilit Raz:** I just don't understand the question, what do you mean in the company's books?

**Adv. Y. Nechushtan:** Is there a receipt for every, an accounting document for every dollar spent by the company?

**Ilit Raz:** Yes.

**Adv. Y. Nechushtan:** For example, for salaries there's a bank transfer of salaries. How many salaries a month are there?

**Ilit Raz:** Almost a million shekels.

**Adv. Y. Nechushtan:** A million shekels. 300,000 dollars, give or take. Over…

**Liad Agmon:** In the account, which is three million dollars…

**Adv. Y. Nechushtan:** Approximately 3.5 million dollars a year, and you say another 6.5 was spend on other things.

**Speaker:** There's American, it wasn't taken into account, right?

**(Speaking simultaneously)**

**Adv. Y. Nechushtan:** How much? We need to know.

**Ilit Raz:** About another 150,000 dollars a month.

**Adv. Y. Nechushtan:** A month, so that is another 1.800 million dollars a year. We have reached 5.4, I want to understand, do you have orderly accounting documentation in the company's offices for the entire balance of the money that was spent from the company over the course of this year?

**Liad Agmon:** Meaning receipts, yes?

**Ilit Raz:** Yes, yes. Everything is there.

**Adv. Y. Nechushtan:** In the computer, in the bookkeeping binders.

**Ilit Raz:** Yes, yes.

**Adv. Y. Nechushtan:** Invoices, receipts, bank transfers.

**Ilit Raz:** Yes.

**Adv. Y. Nechushtan:** All of those things.

**Liad Agmon:** Including the travel that you sent, personal expenses.

**Adv. Y. Nechushtan:** Including all of the expenses.

**Ilit Raz:** I don’t have personal expenses within the company. Even on work trips I charge a lot of the expenses to my personal credit card. My personal expenses are mine, they aren’t made through the company.

**Adv. Y. Nechushtan:** Did anyone else in the company know everything you are telling us here today? In the company or outside of the company who is connected to the company. No one.

**Liad Agmon:** Any of the company’s previous investors?

**Ilit Raz:** No one knew.

**Liad Agmon:** Can you explain for a minute the logic in selling secondary to Ben Weiss now, and another almost million dollars as an investor of Ben, why do that when the company is essentially a fraud?

**Ilit Raz:** I thought that we were getting to a good place and that it would be possible to atone for it, it wasn’t done from a place of stealing from anyone, I felt that things were starting to work out better and better and better and I thought that we would manage to overcome it.

**Tami Bruner:** They are on the website of … we didn’t see, no one saw it.

**Adv. Y. Nechushtan:** In general, most of them aren’t clients.

**Tami Bruner:** It’s a disparity that from the perspective of the website, this, and sees it and sees what you actually have, doesn’t see the difference?

**Ilit Raz:** They were all connected as clients even if at the beginning, I saved their logs. Not to show it…

**Tami Bruner:** And Bar didn’t think it was strange?

**Ilit Raz:** Really I’m saying that no one apart from me knows anything. No one.

**Tami Bruner:** Did she ask you about it?

**Ilit Raz:** No.

**Liad Agmon:** When did it start? Did the big lies start? The significant forgeries?

**Ilit Raz:** A year ago.

**Tami Bruner:** The question is whether there was another client apart from Accenter.

**Liad Agmon:** Maybe they did Chern [sic] and not expansion?

**Ilit Raz:** No, they did Chern as well, after the expansion.

**Liad Agmon:** They did expansion, and then what did they say to you?

**Ilit Raz:** Afterward they withdrew all of the material, we didn't get the goods.

**Tami Bruner:** We saw … what was on - …

**Liad Agmon:** Ask her what happened with expansion in the context of the investment, if they were a client of the time of the investment.

**Ilit Raz:** I don't recall investment fees.

**Adv. Y. Nechushtan:** Okay.

**Liad Agmon:** Is the money that you sold as secondary in your possession?

**Ilit Raz:** Part of it.

**Liad Agmon:** Which part of it?

**Ilit Raz:** About a million.

**Liad Agmon:** What happened to the rest?

**Ilit Raz:** It went to my mother.

**Liad Agmon:** Pe'era, is the money that you sold as secondary in your possession?

**Pe'era:** Yes.

**Liad Agmon:** It's clear to you both that you will need to return it to the investors.

**Pe'era:** Of course, whatever is necessary.

**Liad Agmon:** It's clear to you that it needs to be done. Do you have anything else to say Ilit?

**Ilit Raz:** No.

**Liad Agmon:** Do you have anything else Yuri?

**Adv. Y. Nechushtan:** I'm asking whether you, look, this can be done in several ways. We can initiate proceedings of the company regarding your position in the

Translated from the Hebrew
Legaltrans

company. As a director of the subsidiary, as a director of the parent company, as CEO of both companies.

You can do it voluntarily, and save this proceeding, I'm not sure that the proceeding will be beneficial for you, but if it's done voluntarily then …

We will try and repair what is possible in the company, check what can be done. And I think that the fact that you are cooperating could work in your favor.

And if not, we'll need to convene a board of directors meeting to make various decisions both about your position in the company and of course about additional things so that we'll really be able to grasp the – what is your opinion on this?

**Ilit Raz:** I'll do whatever you say.

**Adv. Y. Nechushtan:** Good

**Liad Agmon:** Of course Ilit will resign, now we need to hold a board of directors meeting.

**Adv. Y. Nechushtan:** We'll draft a letter of resignation.

**Liad Agmon:** We'll draft a letter of resignation.

**Speaker:** For Ilit.

**Adv. Y. Nechushtan:** For Ilit from her position in the company, and subsequently, from the board of directors as well, and you will then hold a board meeting and make business decisions about the controllability in the company, the data has to be checked.

We are asking you to send an email now to all of the banks, we'll draft it soon, We'll write it here on a piece of paper, send it to the three banks.

**Liad Agmon:** From your personal email address.

**Adv. Y. Nechushtan:** From your personal email address, so that they will see that it comes from you, and authorize them to give all of the representatives who contact them on behalf of the company, which is Liad Agmon and/or Uri Heltzer and/or Tami Bruner and/or Yanai Doron, to receive all of the information, all of the bank statements, and to have full access from now on.

**Liad Agmon:** Including authorization to perform transactions.

**Adv. Y. Nechushtan:** To perform transactions, of course, according to decisions that already, according to decisions that already exist in the company, that's one thing. And second, also to notify them that from now on you do not have signatory right in the accounts.

**Liad Agmon:** In addition, we'll send you both in the next few hours an account number to –

**Ilit Raz:** Why does Pe'era have to return the money?

**Adv. Y. Nechushtan:** We'll explain this, essentially the entire secondary transaction, you refer to representatives, if it's not … made those representations, or she didn't know that they are incorrect, the transaction itself is a flawed transaction tainted with incorrect representations, of a large scope, i.e., a large scale. Not on a small scale, but large, material. That is the direct result of that. Someone who sells shares in a company when it transpires that the representations that he showed the buyer, even if it wasn't by him, are incorrect misrepresentations, cannot benefit from the yields of that thing, that is the explanation briefly.

**Liad Agmon:** We'll open a trust account and you will need to return the money, today, that you received from the secondary from the trust account that Eran…

**Ilit Raz:** I don't have it.

**Liad Agmon:** Transfer whatever you have.

**Adv. Y. Nechushtan:** Transfer whatever you have. We'll have to talk about the rest of the money, but for now transfer what you have.

**Liad Agmon:** Whatever there is, she should transfer everything. Again, it was not … it was … we…

**Adv. Y. Nechushtan:** …

**Liad Agmon:** So we, that money must be transferred. We expect you specifically to cooperate with us fully so that we'll understand the entire picture, where the money is, what happened, etc. We need this so that we can report to our investors. We need to make decisions about the other employees in the company, in this context, Pe'era, we need your full cooperation as well.

**Pe'era:** No problem.

**Liad Agmon:** Is there anything else that we need to go over?

**Adv. Y. Nechushtan:** I want to draw up the letter of resignation now, and she will sign it, do we need to tell Kim and Refael as well?

**Ilit Raz:** Ariella.

**Adv. Y. Nechushtan:** So they will cooperate with us, we know that the company worked in compartmentalization, and everything was concentrated with you. It could be that employees cooperate less without permission from you, so it will be necessary to give permission by email, to give the investors'

Translated from the Hebrew
Legaltrans

representatives all the information, without exception, everything you have. Is there someone here who can print?

**Liad Agmon:** Yes, yes, of course.

**Adv. Y. Nechushtan:** Is there anyone here?

**Liad Agmon:** Yes, Maya? Pe'era, tell me, were you not suspicious at any stage? That something doesn't add up, doesn't make sense? At the end of the day, you are experienced in marketing, you work in high-tech.

**Pe'era:** I think I asked. But things worked very well on my side, and I also had my own personal challenges. I was trying to get pregnant, so, like, I had questions, but I didn't delve into it very much.

**Speaker:** Do you remember now?

**Pe'era:** I don't know how to say what I feel now.

**Speaker:** It's very important to help, there are 40 employees here. We need to know the true picture.

**Liad Agmon:** In your opinion Ilit, is there a company to save or is there nothing?

**Ilit Raz:** Is there what?

**Liad Agmon:** Is there a company to save or is there nothing? Really? Is there a company, is there a product, are there satisfied clients?

**Ilit Raz:** Yes.

**Liad Agmon:** Users. I'll tell you what, we simply looked at the company's Login, and we saw that in the past 90 days, in total there were 10 or 12 clients who received some kind of CV from the company, and out of them one client received some 300 and something CVs and the other clients received about three, essentially a total of three CVs per client. In other words, out of all of the company's clients it seems that there are one or two clients who actually receive CVs.

**Ilit Raz:** Really, I don't need to know …

**Liad Agmon:** Because someone else knows the numbers and I revealed something new to you? Or because who knows the numbers?

**Ilit Raz:** I'm not conversant enough in the numbers to, to answer something now that I can stand behind.

**Liad Agmon:** Who is conversant enough to know the volume of the clients' use and the clients' declaration? Is there a system that works? How do you even know that the system works?

**Ilit Raz:** The system works, I don't know if it mails what the … If that is what you said then that is the situation, yes, I'm not conversant with it.

**Liad Agmon:** Isn't there anyone who raises a flag? It doesn't say anything to the company?

**Tami Bruner:** Did you receive termination letters from clients? What did they say?

**Liad Agmon:** Did it not raise a flag for you to check what is really happening with the system?

**Ilit Raz:** I was also very busy …

**Tami Bruner:** What do they do, what? Approximately, talk to clients? What do they do there?

**Ilit Raz:** Their side works.

**Tami Bruner:** But there are no clients, so how does it coalesce?

**Speaker:** How does it work?

**Ilit Raz:** They try to sell.

**Tami Bruner:** They just aren't successful?

**Ilit Raz:** They are succeeding very slowly.

**Liad Agmon:** The whole company essentially works in a phony manner. They're completely unaware of what is happening and what it is, and they have all been living in this lie for such a long period of time. What about the guy, your first developer, Itai, is he not aware of anything? How do you explain it? He built the system originally, he doesn't see that there are no clients?

**Ilit Raz:** No one, no one knows anything, I'm saying what's going on by a million percent. Polygraph, whatever you want. No one knows.

**Tami Bruner:** Something small, but there's a trip to Canada that I understood there's no problem to cancel.

**Liad Agmon:** Let's be more explicit, we forbid you to travel to Canada and to do anything with the company's money, or in the name of the company from this minute onward. I ask that you cancel the tickets, cancel the hotels, and any expense that we see happened,

**Tami Bruner:** Are there any more trips that are connected to someone?

**Ilit Raz:** There's a conference in Napa.

**Tami Bruner:** Cancel it.

**Liad Agmon:** Cancel the conference, ask for a refund. I ask that you prepare a list of future commitments. Are there other commitments other than those?

**Tami Bruner:** There's the thing of the office in the United States. Is there any way to cancel it?

**Liad Agmon:** She doesn't have signatory rights, she can't sign this thing.

**Tami Bruner:** It isn't possible to cancel it, what? What was the amount for it?

**Ilit Raz:** 15,000 dollars.

**Liad Agmon:** We need to write a cancellation letter for this thing as well, she doesn't have signatory rights, that she undertakes …

**Ilit Raz:** That's not … that's not what was written in the decision.

**Liad Agmon:** That it's possible to open and close a transaction, and we'll need to write that today.

**Pe'era:** Should I cancel all of the upcoming conferences?

**Liad Agmon:** Cancel everything.

**Tami Bruner:** Cancel everything.

**Liad Agmon:** We, Pe'era, Tami will stay with you, and you will go through one by one to cancel all of the accounts and all of the conferences. Are there other things that I need to know? Commitments of the company? Future commitments?

**Tami Bruner:** Suppliers?

**Liad Agmon:** Credit cards, are there are other cards that…?

**Tami Bruner:** No, there's the credit card that is deducted from Bank Alabama.

**Ilit Raz:** Not only,

**(Speaking simultaneously)**

**Liad Agmon:** Do you undertake to fully cooperate with our investigation? To go through receipt by receipt, expense after expense, it will take several hard and tiring weeks until we understand the composition of what happened here.

**Ilit Raz:** What will be done with the employees, what will be done with the company?

**Liad Agmon:** We need to make decisions about that, that's our problem. Pe'era, we ask you also not to come to the offices until we finish the investigation…

**Adv. Y. Nechushtan:** I'm putting this…

**Liad Agmon:** What?

**Adv. Y. Nechushtan:** Let's put this in order.

**Liad Agmon:** Maya?

**Speaker:** She's also resigning from the board, correct?

**Liad Agmon:** What's that?

**(Speaking simultaneously)**

**Speaker:** Sorry that we're, are there other employees who were recruited and haven't yet started working?

**Ilit Raz:** Yes.

**Speaker:** Maybe we need to think…

**Tami Bruner:** There's an employee who is starting in July.

**Liad Agmon:** What is there?

**Tami Bruner:** BDR-er, from my side only.

**Liad Agmon:** How do we receive the …? Okay, perhaps Maya will go home with you and …

**Speaker:** Everything also exists on the telephone, right?

**Liad Agmon:** Is the telephone your private telephone or the company's phone?

**Adv. Y. Nechushtan:** I suggest that we send the email to the banks now.

**(Speaking simultaneously)**

**Adv. Y. Nechushtan:** I ask that you please cc everyone on this email…

**Liad Agmon:** If you could both please go into the telephones and delete the accounts of the …

**Ilit Raz:** Everything including banks, because there's no…

**Tami Bruner:** First she should send it.

**(Speaking simultaneously)**

**Liad Agmon:** He'll just draft it for us and we'll send it from your email. Ilit doesn't have access to her email anymore.

**Adv. Y. Nechushtan:** We'll make a document…

**Liad Agmon:** Make a document, we'll send it from her email, she'll open the email for us…

**Ilit Raz:** If I disconnect it, you won't be able to open it, yes?

**(Speaking simultaneously)**

**Liad Agmon:** If we need it then…

**Tami Bruner:** You don't have access any more.

**Pe'era:** Everything, my entire schedule.

**Liad Agmon:** We, you'll meet with Ilan. We'll do everything …

**Tami Bruner:** We'll go over everything necessary …

**Liad Agmon:** Perhaps I'll tell Ilan to come here? To do it here?

**Tami Bruner:** Yes.

**Liad Agmon:** Write a note to cancel all of the … the Google, the conferences, everything together, it would be better if it's with Ilan, We'll ask him to come here. What do I need to do?

**Adv. Y. Nechushtan:** She needs to sign this, you don't need, to receive it, four copies. It's being sent to the registrar of companies in Israel.

**Liad Agmon:** After we reach a decision, or instead?

**Adv. Y. Nechushtan:** After she signs it, you, three directors of the company, you need to make [decisions] with three, all of the decisions will be made in the framework of the transaction.

**Liad Agmon:** In addition, um, what's, what's the name and password to the Bank Hapoalim account? Here it's possible … close the secondary's…

**Ilit Raz:** It'll be …

**(Speaking simultaneously)**

**Adv. Y. Nechushtan:** Can I see all of the accounts? Photograph?

**Speaker:** Is it of Bank Hapoalim Israel or New York?

**Ilit Raz:** Israel.

**Speaker:** How will I access New York?

**Ilit Raz:** You have everything.

**Adv. Y. Nechushtan:** Can you log in to the bank now?

**Liad Agmon:** I'm logging into the bank now. It's TSI USA dot com? I also see logins from your computer to Bank Hapoalim as well.

**Adv. Y. Nechushtan:** I answered you about those questions.

**Liad Agmon:** How did you create the fake screen shots? Did you have some kind of JavaScript that you made or was it Photoshop? Simply JavaScript … I

thought that perhaps you know how to program, that's why you insisted so strongly that it be from your computer and not Pe'era's? So wait, so now you ran the JavaScript?

**Tami Bruner:** No, no, no, it's… simply…

**Liad Agmon:** So it's without JavaScript, it's live, okay. Do you also have an account in SDP? I see four million dollars in the account, is that what there is?

**Ilit Raz:** There's approximately 5 million.

**Liad Agmon:** Why?

**Ilit Raz:** Our credit card.

**Liad Agmon:** That you spent?

**Ilit Raz:** No, no …

**Liad Agmon:** That's expenses.

**Ilit Raz:** No, no, it's what we put as credit in advance.

**Liad Agmon:** So there's five in Bank Hapoalim, there's 2 in SBD.

**Ilit Raz:** No, in SBD it's seven.

**Liad Agmon:** It's seven, how much is there in Israel?

**Ilit Raz:** I don't remember, 10 and something million shekel.

**Liad Agmon:** It doesn't add up to 11, you know.

**Ilit Raz:** That is the money that exists.

**Liad Agmon:** Okay, so there's 4.1 in …

**Ilit Raz:** No, but there's more money in PM, money that did not… money that sat.

**Liad Agmon:** Correct, so there's five million including PM and then you have another two, that's seven, and if you have 10.5 million shekels then you're at nine million dollars or barely ten million dollars, so it's another million dollars.

**Speaker:** Three million dollars in …

**Liad Agmon:** So amazingly you managed to burn how much money in the past year? 11 million dollars? Of which a total of five are employees' salaries. Where did all the other six go? Conferences, parties? Where did they go?

**Ilit Raz:** First of all, there wasn't a single party.

**Liad Agmon:** So where did they go? How did they dissipate? Marketing? How many marketing expenses were there? What was your marketing budget?

**Pe'era:** 70,000 dollars a month.

**Liad Agmon:** Okay, so that is a million dollars a year.

**Pe'era:** And a large conference in April.

**Liad Agmon:** Which wasn't in the budget?

**Pe'era:** What?

**Liad Agmon:** That wasn't part of the budget?

**Pe'era:** No, it was part of the budget.

**Speaker:** Not part of the 70…

**Pe'era:** No, no, no, ah, no, it's only for PM, it's 70,000 dollars…

**Liad Agmon:** Okay, so essentially you had access to the Service Bank Account, is that web access? Because I see a username and password here.

**Ilit Raz:** It doesn't work on Mac.

**Liad Agmon:** Doesn't work on Mac, but there is on PC, is it possible?

**Speaker:** Could there be two million dollars here?

**Pe'era:** We withdrew 70,000 a month and didn't use the entire 70. I can look.

**Liad Agmon:** There's still something, around four million dollars are missing. I'm not able to enter this Bank Hapoalim. What is the username for Bank Hapoalim? Is it the account number? 42247?

**Ilit Raz:** Which Poalim?

**Liad Agmon:** Poalim Israel.

**Ilit Raz:** Bank Hapoalim dot B, perhaps like that.

**Liad Agmon:** Bank Hapoalim dot B, ah, okay.

**Tami Bruner:** What is the Wi-Fi here?

**Liad Agmon:** … A verification code was sent to your phone, can you please give it to me.

**Ilit Raz:** 80, 20, 1.

**Liad Agmon:** 80, 21?

**Ilit Raz:** 80, 20, 1.

**Liad Agmon:** Okay, so it looks like there's 9.7 million minus credit.

**Speaker:** That's Israel?

**Liad Agmon:** There's 8.7 million.

**Ilit Raz:** There's also a deposit there of a few hundred.

**Liad Agmon:** Of 300,000, so that's another 10 million.

**Speaker:** Credit of a million shekels?

**Liad Agmon:** What's that? Credit NIS 268,000.

**Ilit Raz:** No, no, in my opinion that's the credit framework or something like that. There's nothing here, we don't use the bank credit cards.

**Liad Agmon:** There's nothing, what's this foreign currency transaction of 200,000 dollars?

**Ilit Raz:** PM.

**Liad Agmon:** In short, how much have we said? There's certainly some 9 million dollars of the 22 that were invested. How much of that was in primary? 17? Pe'era, you still have the money from the secondary, right?

**Pe'era:** Yes.

**Liad Agmon:** Did you ask Ilan to come? To meet with Pe'era? The VTRMD [sic], what's her name?

**Pe'era:** Nufar.

**Liad Agmon:** Nufar didn't know anything? Didn't she see that there's no traffic, that there are no users? That there's no login? That there's no activity? Didn't she see anything? Didn't she see that no one receives strives? How is QA performed in the company? Is there no QA?

**Pe'era:** No.

**Liad Agmon:** Okay, can you talk about the … why is it not traded? You didn't tell us … It's a misrepresentation … At the end of the day you mentioned it, in previous workplaces as well you didn't talk. Is the company's domain registered in your name or in the company's name?

**Ilit Raz:** Company.

**Liad Agmon:** What is the guy's telephone number? Omer Omri here from the bank in Israel?

**Tami Bruner:** I don't have his phone number.

**Ilit Raz:** Omri from the bank is from the …

**Tami Bruner:** Can you send us his phone number?

**Speaker:** Pe'era, are you making a list of commitments?

**Pe'era:** Yes, I'm trying to think what…

| | |
|---|---|
| **Liad Agmon:** | Please give me the number of the identification that you receive there, another one from the bank. |
| **Ilit Raz:** | 97481. |
| **Tami Bruner:** | Are you in contact with someone from Alabama? In contact with someone from Alabama? |
| **Ilit Raz:** | Only by email. |
| **Speaker:** | Is Bank Hapoalim in Israel the head branch? |
| **Ilit Raz:** | Yes. |
| **Liad Agmon:** | Change the passwords to the bank accounts of Hapoalim. |
| **Ilit Raz:** | Perhaps I heard… |
| **Liad Agmon:** | Tami, I'm putting you as the primary at Bank Hapoalim in the United States, it's Tami … |
| **Tami Bruner:** | Yes. |
| **Liad Agmon:** | Dot com? I'll contact them by telephone to change the telephone numbers of the, what is this number, 9173549110? 8135351? |
| **Ilit Raz:** | That's the phone number. |
| **Liad Agmon:** | Of the bank, okay. Are there all kinds of other undertakings or things or external offers of work that we should know about? When, are you able to give an estimated date of when it started, when you began to change the reality? |
| **Adv. Y. Nechushtan:** | Is she staying here? |
| **Liad Agmon:** | Yes, Maya… |
| **Ilit Raz:** | I think a year and a half. |
| **Liad Agmon:** | Before the investment, of course. What did you think would happen, Ilit? How is it, what would a happy end look like here? |
| **Ilit Raz:** | I don't know, to overcome the difference. |
| **Liad Agmon:** | A difference of eight million dollars in … From Alabama, do we have the email? We'll send him a letter that we need to send him. |
| **Adv. Y. Nechushtan:** | Yes, from her email. |
| **Liad Agmon:** | What's that? |
| **Adv. Y. Nechushtan:** | From her email. |
| **Liad Agmon:** | Her email no longer exists. I'll request access from our email. |

**Adv. Y. Nechushtan:** We still need to approve what …

**(Speaking simultaneously)**

**Liad Agmon:** … ?

**Adv. Y. Nechushtan:** Yes, I need the details.

**Liad Agmon:** Details of? What details do you need?

**Adv. Y. Nechushtan:** Of the secondary… The one with the copies to the banks that she will approve.

**(Speaking simultaneously)**

**Adv. Y. Nechushtan:** It's to banks, send it as an attachment to an email that comes from her, which authorizes the banks to act in accordance with the guidelines that…

**Liad Agmon:** Should I send it to Hapoalim as well?

**Adv. Y. Nechushtan:** To all of the banks.

**Liad Agmon:** But this is not, what is the bank after this, how can we talk to them?

**Adv. Y. Nechushtan:** He talked to them after we signed this morning. They simply confirm the letters that we wrote this morning, because she didn't sign them.

**Liad Agmon:** Hold on, I'm in the middle, it can wait a few minutes. Tami, did you send it to the banks? To Bank Hapoalim? Is that what Ilan said? When is Ilan arriving?

**Speaker:** Who, Ilan?

**Pe'era:** Kit, are we withdrawing a job offer?

**Tami Bruner:** What's that?

**Pe'era:** Kit, are we withdrawing a job offer?

**Liad Agmon:** Send us the details, we'll move on.

**Adv. Y. Nechushtan:** What do you mean, withdrawing a job offer?

**Pe'era:** We hired someone for a job.

**Liad Agmon:** The one who's joining in June in the U.S.?

**Pe'era:** Here.

**Liad Agmon:** Here? Send us all of the details.

**Pe'era:** Okay, I wrote down everything that I remember.

**Liad Agmon:** When is she supposed to start?

**Pe'era:** In June.

**Liad Agmon:** Did she quit a job to join you?

**Pe'era:** No.

**Liad Agmon:** In what position?

**Pe'era:** BDM.

**Liad Agmon:** Fine, we'll deal with it. What other open issues do we need to deal with? Offices in Israel, estimates, how long are the offices in Israel for? Three years.

**Tami Bruner:** How many years?

**Ilit Raz:** Three.

**Liad Agmon:** Other commitments?

**Ilit Raz:** There's a conference in…

**Liad Agmon:** In actuality, most of the expenses concern the marketing and the SAFE?

**(Silence)**

**Pe'era:** I'm going out to the bathroom.

**Liad Agmon:** The bathroom, yes, over there.

**Ilit Raz:** Can I talk to … for a minute?

**Liad Agmon:** Not at the moment, we are in the middle of the event. You'll have enough time to talk afterward. Would you like something to drink? Arak? I'm joking. Do you want something, Yuri?

**Adv. Y. Nechushtan:** No, I, just give me a cup but,

**(Ilan enters the room)**

**Ilan:** What's up?

**Adv. Y. Nechushtan:** Fine, we've done a Pearl Harbor here, do you remember what Pearl Harbor is? You come with a bomb from above …

**(Speaking simultaneously)**

**Ilan:** What are you doing here?

**(Speaking simultaneously)**

**Ilan:** What, what at the moment? Like, I understand what is happening…

**Adv. Y. Nechushtan:** No, first of all she resigned. She's no longer the CEO, it changes the … in the company.

**(Speaking simultaneously)**

**Adv. Y. Nechushtan:** You also…

**Ilan:** I'm here, not for a long time…

**Liad Agmon:** Ilan, I…

**(Speaking simultaneously)**

**Liad Agmon:** Hold on a minute.

**Adv. Y. Nechushtan:** We're explaining to him now. Listen, this morning, about an hour ago, we sent letters to the banks, to all of the banks.

**Speaker:** It was already sent.

**Adv. Y. Nechushtan:** No problem, by the way when … that is really the, we have access to the bank, everything is fine.

**Tami Bruner:** Only the email…

**(Speaking simultaneously)**

**Adv. Y. Nechushtan:** Now we want, we obtained her signature on a document to all of the banks, to leave her to send a letter that we wrote, to authorize the banks. This is the document that she signed. It needs to be scanned and sent as an attachment to an email from her, to each and every one of the banks, three emails, okay?

**Liad Agmon:** What's the question?

**Ilan:** Every company had its account that in the end would be conducted and would work with them, we need to update them…

**Liad Agmon:** Fine, now let's send the email and move on. Pe'era, we'll need you to stay with Ilan so we can start cancelling all of the future commitments.

**Pe'era:** Whatever's needed.

**Liad Agmon:** Ilit, from the secondary, at the moment you have 1.400 million?

**Ilan:** Ilit's email bounced back.

**Liad Agmon:** Came back, let's send from you Ilan, and how do you want us to do it? Do you want us to take a screenshot of it and send it to?

**Adv. Y. Nechushtan:** Yes, scan it and send it as a PDF to each and every one…

**(Speaking simultaneously)**

**Speaker:** It's banks, it's better to log in from Ilit's account.

**Liad Agmon:** Yes, yes, from Ilit's account.

**Speaker:** It says "his back."

| | |
|---|---|
| **Liad Agmon:** | No, she's "his back," she's "his beck on line" [sic]. |
| **Ilan:** | Yours' also bounced back; do you want [to do it] through my computer? |
| **Pe'era:** | It doesn't matter. |
| **Ilan:** | Is your computer here? |
| **Pe'era:** | Yes. |
| **Liad Agmon:** | Wait, wait, email from Ilit, from here, this is from yours. |
| **Ilan:** | But we need it through her email. |
| **Liad Agmon:** | Yes, go into Chrome, you can enter from Chrome, and then you… |

**(Speaking simultaneously)**

| | |
|---|---|
| **Liad Agmon:** | Tami, are you bringing it to us? |

**(Speaking simultaneously)**

| | |
|---|---|
| **Speaker:** | Do you know how to cancel Toronto? |
| **Pe'era:** | Yes, I can cancel it. |
| **Liad Agmon:** | What is that? |
| **Ilan:** | No, no… |
| **Tami Bruner:** | … yours as well. |
| **Liad Agmon:** | No, I'm doing it with Document, I'm now sending it to you by email… |
| **Ilit Raz:** | You're sending it to me? |
| **Liad Agmon:** | Yes, I'm sending it to you by email, you'll receive it now. |
| **Ilit Raz:** | Here, it's in … |
| **Liad Agmon:** | Please look and see if Ilit received an email from me. It didn't arrive? Maya, send it to me now by WhatsApp. |
| **Speaker:** | By WhatsApp? |
| **Liad Agmon:** | Okay, she received it. Let's check for a minute that what I sent looks good enough. What? With my hand? So hold on a minute, do you have Air Drop? Yes, that's not the file, it should arrive in a second. Check that it has arrived and we'll send it now to the guy from the bank. |
| **Ilan:** | There are more logistics that… |
| **Liad Agmon:** | Yes, we need to check, we'll take care of it soon. I think you should write in the emails that there's a new contact person, Ilan's email address. |

**(Speaking simultaneously)**

**Liad Agmon:** No, an email at the moment to the bank in Alabama with this letter that we attached, which says, Hi…

**Ilit Raz:** Who should I cc?

**Liad Agmon:** Please cc Ilan and me.

**Adv. Y. Nechushtan:** To the bank cc it to … the person who is the contact here.

**Liad Agmon:** Yes, and cc Ilan and me, and we'll say that Ilan will be the contact person from now on, together with Liad Agmon and … which is …

**Ilit Raz:** And attach this letter? Or is that not relevant to them?

**Liad Agmon:** And attach this letter, yes.

**Ilan:** This?

**Ilit Raz:** This, the PDF

**Ilan:** Only this? Or the…

**Liad Agmon:** It's only this email. To be on the safe side, let's also send it to that Omri, Omer, yes, the same document cc'd to you and me, Omri, and do you have some other contact in the Bank of Israel to send it to? Yes, to Asaf. Ilan I think that now you should sit with Pe'era. This is Pe'era's computer. I need the new password for it, I simply … for conferences, for events, for all of those things, to try and save as much money as possible. Ilan, take the computer with you.

**Ilan:** Yes.

**(Speaking simultaneously)**

**Liad Agmon:** Give me the phone a minute.

**Adv. Y. Nechushtan:** Yes.

**Ilit Raz:** What's your name?

**Adv. Y. Nechushtan:** Yuri.

**Ilit Raz:** Yuri, what are you doing now?

**Adv. Y. Nechushtan:** Soon. I think that part of it is, there are another few, this, it needs to be signed, it's three copies, so you will have one too. Here, this is your signature.

**Pe'era:** I didn't receive 430,000 dollars.

**Udi Netzer:** It's written in the list how much money you received.

**Ilit Raz:** Income tax takes part.

| | |
|---|---|
| **Adv. Y. Nechushtan:** | Right, tell income tax to refund, it's a tax refund, we paid 460,000 dollars. |
| **Ilit Raz:** | In five days, it wasn't in five days. |
| **Pe'era:** | I received 900,000 shekels, it's sitting in my current account. I can repay it. I didn't receive 460,000 dollars. |
| **Adv. Y. Nechushtan:** | So we'll correct your number, return what you have in your account within five days, and return the rest within 45 days. |
| **Pe'era:** | What is the rest? I didn't receive this amount. |
| **Ilit Raz:** | She didn't receive it. |
| **Pe'era:** | I didn't receive such an amount. |
| **Adv. Y. Nechushtan:** | Did you receive such an amount in gross? |
| **Ilit Raz:** | No, it didn't arrive to her. |
| **Adv. Y. Nechushtan:** | What do you mean didn't arrive? |
| **Ilit Raz:** | It goes to the trustee who deducts income tax. |
| **Adv. Y. Nechushtan:** | It went to income tax. |
| **Udi Netzer:** | Maybe we should contact the trustee. |
| **Adv. Y. Nechushtan:** | What does that mean? Didn't he transfer it to tax? Six months have passed … |
| **Udi Netzer:** | Yes, he transferred it. |
| **Adv. Y. Nechushtan:** | So what do you mean to contact the trustee? |
| **Udi Netzer:** | The trustee who transferred the tax, it could be that … |
| **Adv. Y. Nechushtan:** | I want you to understand one thing, Target has drawn up an action, it won't wait with it. As soon as it understood what had happened here, the action is ready. |
| **Udi Netzer:** | I understand, but you need to understand that income tax, we need to check how to refund the income tax to there. |
| **Adv. Y. Nechushtan:** | You need to involve your tax consultants. |
| **Tami Bruner:** | A tax refund from the tax that you paid? You need to involve the accountants, that's what happens. |
| **Adv. Y. Nechushtan:** | Simply the transaction is cancelled and the money is refunded. |
| **Tami Bruner:** | This is the tax that you paid on it. |
| **Pe'era:** | Can I have a copy of this? |

**Adv. Y. Nechushtan:** Yes, you can keep one. Did you take a copy? All of the other credit cards, except for the existing ones?

**Pe'era:** I don't have others.

**Ilan band:** No … No, only the two credit cards of Bank Hapoalim in Israel, the Service Press card, and the Hapoalim card.

**Pe'era:** …

**Ilan band:** I understood this after we received such a card a few months ago by post. Okay, Yisrael Bartal who has authorizations to - … who's that?

**Ilit Raz:** It's …

**Ilan band:** But yes, Yuri, we'll also need to issue a letter like we sent to the banks, to Isracard about the credit cards, because the credit cards that …

**Adv. Y. Nechushtan:** You have time in the board of directors, do whatever you need…

**Udi Netzer:** No, no problem, you have signatory rights…

**Ilan band:** No, it's not, it's a credit card that is personally connected to Ilit, it's not a bank card.

**Adv. Y. Nechushtan:** From which account?

**Ilan band:** From the Israeli accounts.

**Ilit Raz:** When the card was stolen… There's an Isracard and the card was stolen, what's the problem?

**Ilan band:** Yes, I think that you should cc me on everything at the moment and I …

**Ilit Raz:** I don't have it physically. It doesn't matter, there's been no transaction on it for the last three years.

**Ilan band:** Can you please give me only the names of the things that exist?

**Pe'era:** Let's do it one by one now, I'm just cancelling the …

**Ilan band:** I still have no idea, when the…

**Tami Bruner:** Do you have the card number?

**Ilit Raz:** It ends in 5162, but I don't know the two before that…

**Ilan band:** Don't you have it on the Apple Pay of this?

**Ilit Raz:** I don't use it.

**Ilan band:** Don't you have it on Apple Pay?

**Ilit Raz:** I don't use that card, it isn't in use with me.

**Ilan band:** Didn't you adapt it to the wallet?

**Ilit Raz:** No, no, we only use Pay, we don't use physical credit cards.

**Ilan band:** You never charged it?

**Ilit Raz:** No.

**Liad Agmon:** Okay, Aviv's is charged, and I'll ask him to cancel it now. Aviv does use it in Apple Pay.

**Pe'era:** There's a conference next Monday.

**Liad Agmon:** That Ilit was meant to fly to? What's it called?

**Pe'era:** …

**Adv. Y. Nechushtan:** That Liad gave you?

**Udi Netzer:** Yes, one?

**Adv. Y. Nechushtan:** No, three.

**(Background noise)**

**Tami Bruner:** Regarding data, you only have …

**Pe'era:** I think that he also has, actually Aviv can open it, and if not, he has abilities.

**Tami Bruner:** Just a minute.

**Udi Netzer:** Yuri, can I have a few words with you?

**Pe'era:** I want now to go through one by one, in … this is a conference that is supposed to be in October, we've already paid.

**Ilan band:** We paid?

**Pe'era:** For half.

**Ilan band:** Okay.

**Pe'era:** Maybe it's still possible to receive the, like, we paid in advance essentially.

**Ilan band:** It's in October, and there's mid-July, right?

**Pe'era:** What's that? We have … work.

**(Background noise)**

**Pe'era:** I'll go to send the contract of …?

**Tami Bruner:** Tell me, who's in contact with her?

**Pe'era:** With Mor and, mainly Mor.

**Tami Bruner:** …

**Ilan band:** Why to you?

**Tami Bruner:** See, now…

**Ilan band:** Yes, send it to me, send it to me.

**Tami Bruner:** No, but we need to see, Yuri we must …

**Ilan band:** It's not possible to dismiss,

**Pe'era:** Of course, we need to give her some …

**Ilan band:** We have two employees who started with Mor, one who started yesterday?

**Pe'era:** …

**Ilan band:** What's that?

**Tami Bruner:** Perhaps we'll do…

**Ilan band:** Offices in New York. I ask that you send the contact people, the…

**Tami Bruner:** And the contract for the office …

**Ilan band:** And the contract for …

**Tami Bruner:** The contract of the office, in the email that Ilit sent to the banks, who is cc'd on it?

**Ilan:** Liad and I. They probably haven't replied in the meantime, but I think that I'll call Asaf, I'll ask him if he saw it.

**Tami Bruner:** Asaf Israel?

**Ilan band:** Yes.

**Adv. Y. Nechushtan:** Unfortunately, it's not ok.

**(Section without speech)**

**Liad Agmon:** Were all of the copies there?

**Adv. Y. Nechushtan:** Yes, keep one for yourself. There's in my bag, anyway.

**(Pe'era Feldman types on computer – people walking moving around in the room)**

**Udi Netzer:** I think that from my perspective, on my part, I don't think there's anything else.

**Tami Bruner:** No, from my perspective as well it's…

**(Speaking at the same time)**

**Adv. Y. Nechushtan:** Give Liad the …

**(Pe'era Feldman types on computer)**

**Ilan band:** Who is Christa?

**Pe'era Feldman:** Soon I'll go over everything with you.

**Ilan band:** Go over everything with me.

**Pe'era Feldman:** I, let me finish and I, I'll answer everything.

**(Pe'era Feldman types on computer)**

**Adv. Y. Nechushtan:** We're receiving confirmations from the bank that it was made, that contact was made with the bank, that a transfer was made of the money, of the money … uh, Liad, you need here…

**(Speaking at the same time)**

**(Pe'era Feldman types on computer)**

**Ilan band:** Yuri, the… the office in the United States isn't connected to you anymore, right? The offices in the United States, the new office that is being entered next week, a contract there and everything, it's not connected to you at the moment.

**Adv. Y. Nechushtan:** No, no, you're the ones who need something there.

**(Pe'era Feldman types on computer – people walking around in the room)**

**Pe'era Feldman:** I think there are some personal things.

**Ilan band:** And you're deleting everything.

**Pe'era Feldman:** Delete?

**Ilan band:** Delete, like, everything, again, the organizational things, everything is already backed up. It's not that … meaning, it's not that it's possible to …

**Pe'era Feldman:** Like, personal things.

**Udi Netzer:** What, what personal things? Pictures and stuff like that?

**Pe'era Feldman:** No, notes…

**Ilan band:** Gmail…

**Pe'era Feldman:** My personal Gmail, the Notes, like…

**Ilan band:** The personal information, yes. Notes.

**Pe'era Feldman:** No, but this computer is on my User with Apple.

**Ilan band:** But everything is backed up. Backup and sign out of it. It's, like, again, no one will be able to get into the computer.

**Pe'era Feldman:** I understand …

**Ilan band:** But, uh …

**Pe'era Feldman:** Private stuff.

**Ilan band:** No, no, obviously. Obviously. Uh, what, it's, it's only, uh, like, in the DM's in Slack as well, no, no…

**Pe'era Feldman:** What's that?

**Ilan band:** We also aren't dealing with the DM's in Slack.

**Pe'era Feldman:** So with what?

**Ilan band:** No …

**Pe'era Feldman:** Was done … like, between me and other people in the organization? Of course. I don't understand.

**Ilan band:** No, I, I'm saying, I mean, to, sign out of the, wait.

**(Pe'era Feldman types on computer)**

**Pe'era Feldman:** Should I tell Mor to cancel all the interviews?

**Ilan band:** No, no, not yet. Wait, one minute.

**Pe'era Feldman:** Okay. Because I have …

**Ilan band:** What, are there any today?

**Pe'era Feldman:** What's the date today? Hold on, I …

**(Pe'era Feldman types on computer)**

**Pe'era Feldman:** I have interviews next week, like.

**Ilan band:** Next week, I'll take care of it.

**(Pe'era Feldman types on computer)**

**Ilan band:** Pe'era, who is responsible for …

**Pe'era Feldman:** …? For sure Nofar or Raz, like, you call, Domain, like, you just move to, we wanted to move to Rokoset, but, Nofar handles Domain itself. Like … basically.

**(Pe'era Feldman types on computer)**

**Pe'era Feldman:** This, Sales Force, Hub Spot …

**Ilan Band:** Close it.

**Pe'era Feldman:** Are we closing?

**Ilan Band:** But we'll wait with it for a minute, but it …

**Pe'era Feldman:** What, like, the company is closing?

**Ilan Band:** …

**Pe'era Feldman:** Okay.

**Ilan Band:** To …

**(Pe'era Feldman types on computer)**

**Ilan Band:** Yuri, do you have a minute for me? I'm just …

**Adv. Y. Nechushtan:** To a reasonable degree, as they say.

**Ilan Band:** To a reasonable degree.

**Adv. Y. Nechushtan:** What?

**Ilan Band:** Wait, I'm coming. Uh …

**Pe'era Feldman:** …

**(Pe'era Feldman types on computer)**

**Ilan Band:** Uh, the whole issue with the company's existing attorney, we talked about it a little yesterday, you're saying …

**Adv. Y. Nechushtan:** Whatever you decide, you know lots of attorneys.

**Ilan Band:** What's that?

**Adv. Y. Nechushtan:** There are other firms in Israel. You decide …

**Ilan Band:** Fine, okay.

**(Talking in the background)**

**Ilit Raz enters the room)**

**(Pe'era Feldman types on computer)**

**(Ilan Band goes in and out of the room)**

**Pe'era Feldman:** Do you want me to go over it?

**Ilan Band:** Yes, I , I will just take it apart.

**Pe'era Feldman:** I'm going to the bathroom.

**(Pe'era Feldman leaves the room)**

**(Adv. Y. Nechushtan returns to the room)**

**Adv. Y. Nechushtan:** Ilit, what do you want to do regarding transferring the closed money that you have. Maybe now.

**Ilit Raz:** I don't have a computer here.

**Adv. Y. Nechushtan:** Don't you have a computer at home?

**Ilit Raz:** I don't have anything to transfer from it, because there's nothing in it.

**Adv. Y. Nechushtan:** No, a computer, it's possible to make a transfer. So what does that mean?

**Ilit Raz:** I'll transfer the details.

**Adv. Y. Nechushtan:** We'll give you the information and you'll call us?

**Ilit Raz:** Yes.

**(Adv. Y. Nechushtan leaves the room)**

**(Talking outside the room)**

**(Pe'era Feldman returns to the room)**

**Ilit Raz:** What's happening now?

**(Ilan returns to the room)**

**Udi Netzer:** I will do whatever is possible.

**Pe'era Feldman:** Here, I'll show you this …

**(Pe'era Feldman and Ilan Band type on the computer)**

**Ilan Band:** What's the name of the mentor of Raz and, this? Michal, right?

**Pe'era Feldman:** Michal.

**Ilan Band:** I'm just writing that down.

**Pe'era Feldman:** Let's start from the end … these are events that we brought to suppers.

**Ilan Band:** Ahh …

**Pe'era Feldman:** I should have, we signed a contract for three, no, no, this is not, this is from the …

**Ilan Band:** Huh, from now, was it from the beginning?

**Pe'era Feldman:** From the beginning. Uh, they, uh, we went on a trip with … Last week, we signed on, like, uh, three events.

**Ilan Band:** Okay.

**Pe'era Feldman:** So there was an event yesterday, there was supposed to be one in July and another virtual one in August. So I wrote to … asking him to order the best …

**Ilan Band:** There's …

**Pe'era Feldman:** Yes.

**Ilan Band:** Okay. Okay. That you communicate the events in August.

**Pe'era Feldman:** August in …

**Ilan Band:** Without you calling her.

**Pe'era Feldman:** August is virtual, and another one in July.

**Ilan Band:** Uh, in San Francisco.

**Pe'era Feldman:** Yes.

**Ilan Band:** That's what was in, also, okay, never mind.

**Pe'era Feldman:** No, Uh, no, Love was in New York. It was supposed to be, like, an inside resort.

**Ilan Band:** Yes, Love in New York.

**Pe'era Feldman:** Uh, Next, open it. Uri long, provides us, now in Dan's absence … KECD.

**Ilan Band:** KECD?

**Pe'era Feldman:** KECD Mobile.

**Ilan Band:** Keren Shafi?

**Pe'era Feldman:** No, monthly, based on contracts in Medicom, we received the, contract.

**Ilan Band:** Okay.

**Pe'era Feldman:** Each, I have all of the contracts if you need them. Uh, Gabriel … provided us with the service, they no longer provide it. The managers transferred the LinkedIn to me. We started to work with them, in February I think, if I'm not mistaken.

**Ilan Band:** … on the basis of …

**Pe'era Feldman:** Yes, yes, ba, no, not on the basis of success, on the basis of …

**Ilan Band:** Okay.

**Pe'era Feldman:** Uh, the next one is some kind of … who is going to participate in … in July.

**Ilan Band:** …

**Pe'era Feldman:** …

**Ilan Band:** Uh.

**Pe'era Feldman:** Uh …

**Ilan Band:** It's also …

**Pe'era Feldman:** Uh, no. It's not, they only need to pay for the hotel now. It's, like, so it's, I sent this abroad.

**Liad Agmon:** Ilan, just pause for a minute, so that Pe'era can do the, the transfer from the bank account that, so she can take care of it.

**(Speaking at the same time)**

**Pe’era Feldman:** What am I …

**(Ilan Band leaves the room)**

**(Ilit Raz leaves the room)**

**Pe’era Feldman:** This is the …

**(Ilit Raz leaves the room)**

**(Adv. Y. Nechushtan returns to the room)**

**(Pe’era Feldman leaves the room)**

**Pe’era Feldman:** (On the phone – can you look at how much came in during the last year?)

**(Ilan Band enters the room)**

**Liad Agmon:** Hold on …

**Ilan Band:** … I’ll call …

**Ilan band:** No, I have no problem doing it, but …

**Pe’era Feldman:** Yes, yes, exactly …

**(Speaking at the same time)**

**Pe’era Feldman:** Two, it was in two installments.

**(Adv. Y. Nechushtan returns to the room)**

**(Tami Bruner returns to the room)**

**Ilan Band:** And this is …

**(Pe’era Feldman talks on the phone – the person on the other end can’t be heard)**

**Adv. Y. Nechushtan:** So he wrote to me “I…” and he said to me …

**Pe’era Feldman:** Do you want us to look at both of you together?

**(Adv. Y. Nechushtan leaves the room)**

**Pe’era Feldman:** What’s this number?

**Udi Netzer:** … Pe’era.

**Pe’era Feldman:** I don’t know.

**(Talking outside the room)**

**Pe'era Feldman:** I'm trying to make …

**(Ilit Raz enters the room)**

**(Adv. Y. Nechushtan enters the room)**

**Pe'era Feldman:** Who talked to …

**Ilit Raz:** Liad.

**(Ilit Raz leaves the room)**

**(Talking far from the recording device)**

**(Liad Agmon enters the room)**

**Ilit Raz:** Do you want me to give you a password for all of the accounts in the bank?

**(Ilan Band enters the room)**

**Ilan Band:** Let's look for a minute through … do you have a banker? Because it's not possible to transfer this amount only through the app, you need to talk to someone.

**Ilit Raz:** I'll call their number, it's very, very hard, they send on the website.

**Ilan Band:** Don't you have someone who is your contact person?

**Ilit Raz:** No.

**Ilan Band:** Yuri.

**Adv. Y. Nechushtan:** Yes.

**Ilan Band:** Come here a minute.

**Adv. Y. Nechushtan:** Yes.

**Ilan Band:** How can we do this transfer? Ilit doesn't have a banker, uh, who she works with. She says it's on the website, she will try and transfer now …

**Adv. Y. Nechushtan:** No, it's impossible to transfer amounts like this on the website.

**Ilan Band:** Right, what, what should we do?

**Tami Bruner:** You need to do a delivery from the banker …

**Ilan Band:** She needs to send a transfer notice.

**Ilit Raz:** I don't have a banker, I don't work with a banker.

**(Speaking at the same time)**

**Adv. Y. Nechushtan:** But do you have an address for the branch?

**Tami Bruner:** What branch?

**Adv. Y. Nechushtan:** What branch is it?

**Ilit Raz:** Bank Hapoalim.

**Adv. Y. Nechushtan:** What, it's Bank Hapoalim? Do you have, uh, the email address of the branch?

**Ilan Band:** Let's contact the branch manager through people you know.

**Tami Bruner:** No, I'm not dealing with it.

**Adv. Y. Nechushtan:** What?

**Ilit Raz:** We need to separate the …

**Tami Bruner:** Let's see who …

**Adv. Y. Nechushtan:** You need to write a bank transfer instruction to the bank, "I hereby instruct you to transfer such and such an amount to bank account…"

**(Speaking at the same time)**

**Tami Bruner:** In Bank Hapoalim it's not possible.

**Adv. Y. Nechushtan:** No … but you have …

**(Speaking at the same time)**

**Ilan Band:** No, but you have a link to, to email.

**(Speaking at the same time)**

**Ilan Band:** Pe'era, do you have a banker? Do you have someone, a contact person?

**Pe'era Feldman:** Yes, I'm talking to … to do it.

**(Speaking at the same time)**

**Pe'era Feldman:** (On the phone – I don't know. Matan, we need to, Matan, listen to me a minute. We need, to, but, we also need to call the bank and tell them to do this transfer, it's,)

**Ilit Raz:** You just need to separate the accounts, like …

**Tami Bruner:** I'm writing to this branch, in Bank Hapoalim.

**(Speaking at the same time)**

**Pe'era Feldman:** (On the phone – Okay? So do it now).

**(Speaking at the same time)**

**Pe'era Feldman:** (On the phone – Okay, of how much?)

**Adv. Y. Nechushtan:** He has enough …

**(Speaking at the same time)**

**Ilit Raz:** He works 24/7 …

**(Speaking at the same time)**

**Ilan Band:** Uh, it's not in the branch. It, it's a call center. There's, uh, do you have an email address?

**Pe'era Feldman:** (On the phone - …)

**Liad Agmon:** Closest branch, what's the closest branch?

**Tami Bruner:** Maybe there's one in Azrieli?

**Liad Agmon:** I think there's Bank Hapoalim in Azrieli.

**Pe'era Feldman:** (On the phone – You need …)

**Adv. Y. Nechushtan:** You can try to transfer, uh, with …

**Ilit Raz:** I can't transfer, because Liad reset my password.

**Tami Bruner:** No, this amount …

**(Speaking at the same time)**

**Liad Agmon:** No, in the account, in your private account.

**Adv. Y. Nechushtan:** No, not by transfer on the Internet.

**Ilit Raz:** It definitely has the same username and password.

**(Speaking at the same time)**

**Liad Agmon:** There's a Bank Hapoalim here, Bank Hapoalim here, I propose that one of us go with Ilit to the bank, to ask him, just to talk to him, and to do it.

**Udi Netzer:** I don't think so …

**Liad Agmon:** Okay, fine. Tami, can you go with Ilit to this?

**Tami Bruner:** Yes.

**Liad Agmon:** Okay, I … Do you have the details of the bank account Tami?

**Ilit Raz:** We have them, I just took a picture of them.

**Adv. Y. Nechushtan:** Excuse me, I have a meeting.

**Liad Agmon:** Thank you very much Yuri.

**(All Speaking at the same time – moving around in the room)**

**Adv. Y. Nechushtan:** I hope we meet in better circumstances.

**(Speaking at the same time)**

**Udi Netzer:** Nir said that he would talk …

**Tami Bruner:** I'm leaving the … here …

**Liad Agmon:** Sure.

**Udi Netzer:** Nir said he'll call later, in a few minutes, so I …

**(Speaking at the same time)**

**Liad Agmon:** What did Matan say?

**Pe'era Feldman:** That he's transferring.

**Liad Agmon:** Does he know where to? Uh …

**Pe'era Feldman:** Yes, yes, I sent him all the, what the, the note that was here.

**Liad Agmon:** He will do …

**Liad Agmon:** Can he do it? Did he talk to the bank?

**Pe'era Feldman:** No, I told him to call the bank.

**Liad Agmon:** We need a transfer confirmation.

**Pe'era Feldman:** Okay.

**Liad Agmon:** Yes?

**Udi Netzer:** Yes.

**(Speaking at the same time)**

**Liad Agmon:** What a saga, ha? What's your explanation for …

**Pe'era Feldman:** I'm now, I, I'm now, I, excuse me.

**(Pe'era Feldman cries)**

**Liad Agmon:** What's your explanation?

**Liad Agmon:** How do you think this, what? Why did she do it?

**Liad Agmon:** It's systematic for years, yes? It's not, not recent.

**Pe'era Feldman:** I'm shocked. Like, I think that it's, a case of fake it till you make it, like, and went wild, like, I simply don't know how to explain it.

**Udi Netzer:** Terrible.

**Pe'era Feldman:** What?

**Udi Netzer:** It's terrible.

**Liad Agmon:** You didn't catch her, on small things, other things along the way, anything like that? You didn't see from her way of life?

**Pe'era Feldman:** That what? What happened …

**Liad Agmon:** … apparently…

**Pe'era Feldman:** Can I close the door?

**Liad Agmon:** Yes, of course.

**Pe'era Feldman:** (crying) Because at the end of the day, like, I don't know, I, I'm, excuse me.

**Liad Agmon:** I'll tell you what we know, Pe'era.

**Pe'era Feldman:** Okay.

**Liad Agmon:** I'm barred from saying … because the CEO, the CEO … uh, and it could be that I'm a little … there was a year and a half … uh, she, she faked surgeries, from surgery in Ichilov, it looks like she also faked a serious illness. What does that mean faked? She said that she has something … that they went, physically, to Ichilov with flowers after the surgery and they discovered that she had never been hospitalized there. It was all fake. Meaning, her state of health, things, things like that. I don't know. She, she told us that this past weekend, that she's having a miscarriage.

**Pe'era Feldman:** She told me that as well.

**Liad Agmon:** Yes, she also told Tami the same thing seven months ago. But on a different subject.

**Pe'era Feldman:** About a miscarriage?

**Liad Agmon:** Yes.

**Pe'era Feldman:** I don't know.

**Liad Agmon:** That means due diligence that … what it, so now … in this world …

**Pe'era Feldman:** I don't know. It's like we said then, like. (Cries)

**Liad Agmon:** That what? What did you say then?

**Udi Netzer:** A sadder story, about a stillbirth.

**Liad Agmon:** I don't know whether it's true or not, again, I also, there could be things that actually happened. But we have lost …

**Pe'era Feldman:** I, I …

**Liad Agmon:** We've lost the ability to understand what happened and what didn't happen. And, this story with the, with the … they said that, in the end I say, you don't believe the level of lies that she reached. They went, they actually physically went to the hospital. Uh, I don't know, it's, it's, I can't understand it.

**Pe'era Feldman:** I'll just say … that at some point I need …

**(Pe'era Feldman toys with her cellphone)**

**Pe'era Feldman:** How long have you suspected it?

**Liad Agmon:** Uh, as soon as the last CFO … which has been happening for a while, as soon as the … uh, the whole business …

**Pe'era Feldman:** Really?

**Liad Agmon:** So then we started to do homework. And it's a matter of a person, it took time to believe it. Udi discovered it this morning.

**Udi Netzer:** I don't …

**Liad Agmon:** Like, There's the, There's the, you know, like, There's the fake it till you make it, of, uh, that on the level of the …

**Liad Agmon:** It's okay. On the level of Silicon Valley.

**Pe'era Feldman:** On the level of Silicon Valley, about internal knowledge.

**Liad Agmon:** Yes, yes. But We're not in, We're not in that territory.

**Pe'era Feldman:** No, and I was totally, the truth is, like, I was totally excluded from this story of customer success. Like …

**Liad Agmon:** From what?

**Pe'era Feldman:** Excluded, like, I …

**Liad Agmon:** That's also strange, think about it …

**(Talking at the same)**

**Pe'era Feldman:** No, I, I, I accept the clarity of that. But, like, I'm saying, at the end of the day you, at the end of the day as CMO the pressure is in opportunities. It's like, alongside the fact that you have the, this thing that I say, okay, hold on, but we, there are opinions that are con-, at the end of the day when you want to talk to customers …

**Liad Agmon:** No, it's …

**Pe'era Feldman:** And then I checked. I said, okay, if it's so significant then I'll exert pressure, and if it really has an impact, wait, I just want to see that my husband. He is transferring it now. Uh, and then we discovered that in the end, like, the, I said, fine, I'll look at the salesforce, what, to see what …

**Udi Netzer:** And you didn't find.

**Pe'era Feldman:** No, to see that it's, if it's so significant then okay, then, we need to corner Booking. For a year I, for half a year I have been hearing that Booking

doesn't agree, she feels uncomfortable, it's not. Okay. Like, it was really the, the most successful customer of the, let's say the last two years. But I didn't find that There's so much that, that because of it's the reason that they didn't choose Joonko in the end. So I said, okay. Like, so I let it go.

**Udi Netzer:** Kim and Ariel received training, customers, procedure.

**Pe'era Feldman:** I don't work on OTE, so it's hard for me to know. But, yes, like …

**Udi Netzer:** After all There's, you know … on Board, so there are high fees. She sold, right?

**Pe'era Feldman:** What I, at least as far as I know, yes?

**(Pe'era Feldman toys with her cellphone)**

**Pe'era Feldman:** Okay, my husband is at the bank.

**(Speaking at the same time)**

**(Ilan Band enters the room)**

**Ilan Band:** Should we finish?

**Pe'era Feldman:** Uh …

**(Speaking at the same time)**

**Ilan Band:** No, I'm now with Bank Hapoalim and with, uh, now We're checking, this letter isn't enough for them, they'll talk to the attorneys.

**Pe'era Feldman:** I'm in the email of the secured, security, which we said is the Napa conference.

**Liad Agmon:** Wait a minute, let's wait a minute with the balance … to give him a different bank account.

**Pe'era Feldman:** To me? Okay.

**Liad Agmon:** Hold on a minute.

**(Section without speech)**

**Ilan Band:** What do you say, should we quickly have a conversation with everyone, should we wait for the Americans as well?

**Udi Netzer:** No, we need to do it together with everyone at 4:00 pm.

**Ilan Band:** At 4 pm with everyone. I agree.

**(Section without speech)**

**Pe'era Feldman:** Okay, I'm waiting for instructions.

**Udi Netzer:** Does the bank allow the transfer?

**Pe'era Feldman:** It's a clerk apparently.

**(Section without speech, background noise)**

**Pe'era Feldman:** Fine, so do you want to continue or …

**Ilan Band:** Yes, yes.

**Pe'era Feldman:** I'm ready with the emails. I want the … everything, right?

**Ilan Band:** We're stopping everything at the moment, yes, yes. There's nothing to continue doing, uh …

**(Pe'era Feldman types on the computer)**

**Pe'era Feldman:** If it's ok with you, I will schedule Amir to PR for later. Because Amir's girlfriend, a very good friend of, of …

**Ilan Band:** Uh, fine.

**Pe'era Feldman:** Okay?

**Ilan Band:** So if you give me her name, so I can talk to her …

**Pe'era Feldman:** Uh, it's …

**Liad Agmon:** Uh, I have the …

**Pe'era Feldman:** … System.

**Ilan Band:** I have the details here. Where …

**Pe'era Feldman:** Will you send by WhatsApp?

**Ilan Band:** Yes, send me a message that it's …

**(Pe'era Feldman toys with her cellphone)**

**Pe'era Feldman:** What is Peter R?

**Ilan Band:** Uh, it's no, you can ignore Peter R.

**(Pe'era Feldman toys with her cellphone)**

**Pe'era Feldman:** Okay.

**Ilan Band:** …

**(Section without speech)**

**Ilan Band:** One of the software designers, what?

**Pe'era Feldman:** Uh, no, no, fine.

**(Pe'era Feldman types on the computer)**

**Udi Netzer:** I left it in a café this morning.

**Liad Agmon:** It's fine.

**(Pe'era Feldman types on the computer)**

**Pe'era Feldman:** Am I dis-, like, what's the stat-, what's my status, if I can ask?

**Ilan Band:** Uh, it's under investigation.

**Liad Agmon:** Is this mine?

**Ilan Band:** No. there's no, there's no s-, there's no status at the moment. Meaning, nothing changes at the moment. But, uh, we'll need to make decisions, like, in the coming hours, days. We … to much, much worse.

**Liad Agmon:** There's, uh …

**Pe'era Feldman:** What?

**Udi Netzer:** A feeling of Tami and Liad who are involved with the database that There isn't, there isn't …

**Pe'era Feldman:** You said something about the readings with … so, like, no …

**Ilan Band:** Something about what?

**Pe'era Feldman:** About readings, last week and you said, there are readings, there aren't readings.

**Ilan Band:** The …

**Udi Netzer:** … they are very, very crazy.

**Pe'era Feldman:** …?

**Ilan Band:** I don't know, I really don't understand … this basic system doesn't work, therefore it's not logical? What customer …

**Pe'era Feldman:** Like, I say to myself, yes, maybe I put pressure from incorrect places (cries) excuse me.

**Ilan Band:** No, it's okay. It's a very emotional issue. That's obvious.

**(Pe'era Feldman types on the computer)**

**Udi Netzer:** Do you want us to order you something to eat?

**Pe'era Feldman:** No, thanks.

**(Ilan Band leaves the room)**

**Pe'era Feldman:** Oy, shit, I forgot, I sent by email.

**Ilan Band:** Transfer confirmation …

**(Speaking at the same time)**

**Pe'era Feldman:** Just, my husband is waiting, he, it takes time.

**(Pe'era Feldman types on the computer)**

**Pe'era Feldman:** How are you doing?

**Udi Netzer:** We put everything into it, both of us.

**Pe'era Feldman:** You and me? I understood, when I saw Tami, I said something here isn't, and then someone else came in, I said, like, how did this happen, how did this suddenly happen …

**Udi Netzer:** I'm not, because I … about you …

**Pe'era Feldman:** Yes.

**Udi Netzer:** He came to report to Ilit.

**Pe'era Feldman:** So I asked Ilit, then I came …

**(Speaking at the same time)**

**Pe'era Feldman:** I arrived here a bit earlier.

**Udi Netzer:** And you didn't suspect her?

**Pe'era Feldman:** No, and then she, she said that Liad asked me to join as well, I said, no problem.

**Udi Netzer:** She asked?

**Pe'era Feldman:** Liad asked Ilit to join the thr-, the three of us, until …

**Udi Netzer:** No, I don't (talking on the phone)

**Pe'era Feldman:** What, your wife is angry with me.

**Udi Netzer:** With you?

**Pe'era Feldman:** Yes, I didn't come to take the greeting. I had a week…

**Udi Netzer:** She isn't angry.

**(Section without speech)**

**Udi Netzer:** I always thought, and you too, that she's messed up with the … like …

**Pe'era Feldman:** I have no idea what's happening there.

**Udi Netzer:** Huh?

**Pe'era Feldman:** I have no idea what's happening there.

**Udi Netzer:** …

**Pe'era Feldman:** I don't know, I don't know.

**Udi Netzer:** … uh, a lie. Sometimes it was uncomfortable for me that she was evasive. But it wasn't a lie …

**Pe'era Feldman:** I trusted her.

**Udi Netzer:** …

**Pe'era Feldman:** What's that?

**Udi Netzer:** …

**Pe'era Feldman:** Mine? What do you mean?

**Udi Netzer:** …

**Pe'era Feldman:** What?

**Udi Netzer:** …

**Pe'era Feldman:** But with, a felony?

**Udi Netzer:** You, uh, gave decisions … uh, meanwhile … in a café, they told me that you …

**Pe'era Feldman:** I, like, I, I don't know how to lie, things, once I paid by mistake in … so I immediately told Ilit. I would never embezzle money. Meaning … you understand, it's not …

**(Silence)**

**Pe'era Feldman:** What will she do? Is it jail now? Meaning, what, what -

**Udi Netzer:** I don't know, I'm telling you … don't like …

**Pe'era Feldman:** But what, what is it …

**(Speaking at the same time)**

**Udi Netzer:** What?

**Pe'era Feldman:** What are the accusations?

**Udi Netzer:** Fraud.

**Pe'era Feldman:** It's fraud.

**Udi Netzer:** She, forged documents. Forged documents … Like, like …

**Pe'era Feldman:** Enough?

**Udi Netzer:** Yes. And several years. And that she didn't repay to the last shekel.

**Pe'era Feldman:** No.

**Udi Netzer:** She probably went with Tami to see her account.

**Pe'era Feldman:** Her's.

**Udi Netzer:** It won't be easy to find it at home.

**Pe'era Feldman:** That what?

**Udi Netzer:** You won't be able to find work, I hope that she didn't transfer to the last shekel. Did you transfer more or less to me?

**Pe'era Feldman:** What?

**Udi Netzer:** All of the … and all of that?

**Pe'era Feldman:** Yes, yes.

**Udi Netzer:** Have you finished?

**Pe'era Feldman:** No, I'm waiting.

**Udi Netzer:** Where is he? Do you have more to transfer to him?

**Pe'era Feldman:** No, I don't know, I don't think so.

**Udi Netzer:** You made a long list.

**Pe'era Feldman:** I made a list, yes.

**(Udi Netzer leaves the room)**

**(Liad Agmon returns to the room)**

**Pe'era Feldman:** Uh, yes, so, uh, I just did … Let's go over it, that I was just on it.

**(Pe'era Feldman types on the computer)**

**Pe'era Feldman:** Okay, where are you?

**Ilan Band:** Uh, in the email.

**Pe'era Feldman:** Okay.

**(Pe'era Feldman types on the computer)**

**Pe'era Feldman:** Where were we?

**Ilan Band:** Hold on.

**Pe'era Feldman:** I'm nauseous.

**(Pe'era Feldman toys with her cellphone)**

**Pe'era Feldman:** Okay … is this the last email?

**Ilan Band:** Yes.

**Pe'era Feldman:** That there was a conference in, in Na, in Napa. It's only, in my opinion, like, it's possible to cancel the hotel there. Solades, something like that.

**Ilan Band:** It's possible …

**Pe'era Feldman:** The …

**Ilan Band:** No, so I won't …

**Pe'era Feldman:** No, no, I've got it. I've got it, I've got…

**(Section without speech)**

**Pe'era Feldman:** Uh, where are we? Where are you?

**(Pe'era Feldman toys with her cellphone)**

**Ilan Band:** I've got it, do you need a break?

**Pe'era Feldman:** No.

**Ilan Band:** Left is … Uh, Udi, your phone is making noise here, put in the chair.

**Udi Netzer:** Sorry.

**Ilan Band:** No, no, it's fine, the phone of, I think someone called. Uh, so There's Christa. Uh, which is the conference in Napa.

**Pe'era Feldman:** Yes, correct. And then There's Uri Aroch, which we said, we went over it, in this. Where did we stop? Jack and Jan we went over, right? Babrei?

**Ilan Band:** Yes, yes. Uh, and, yes.

**Pe'era Feldman:** Fred is the conference in HR Tech.

**Ilan Band:** Okay.

**Pe'era Feldman:** We already paid half. Uh …

**Ilan Band:** Wait, I wrote several BDR.

**Pe'era Feldman:** Yes. Ofir Olsander is the suppliers who came this month, I wrote to terminate the engagement.

**Ilan Band:** There was an email before it.

**Pe'era Feldman:** Emily is Six Flag, it's the, Six Eastern, sorry. It's Six Eastern, it's the PR.

**Ilan Band:** Six Eastern?

**Pe'era Feldman:** Yes. Uh, hold on, there's also the development of the website. But that's …

**Ilan Band:** And There's training …

**Pe'era Feldman:** One minute, come, I imagine that Raslin Bloch, is …

**(Pe'era Feldman types on the computer)**

**Ilan Band:** What is, Emily that's okay. And then There's … Gabriel, okay?

**Pe'era Feldman:** Yes, we said that.

**Ilan Band:** Jennifer.

**Pe'era Feldman:** Jennifer doesn't matter, it, she just wrote, it's really annoying, it's, we can ignore it. But, I wrote I'm really sorry. Like, I don't think we paid money for it, apart from, this. Daniella is our SCO agency, which also …

**Ilan Band:** Okay.

**Pe'era Feldman:** Who also provide us with content services. Writing content, Uh, and there's Daniella from the website.

**Ilan Band:** And this is the email for that.

**Pe'era Feldman:** Yes, because she's part of the website.

**Ilan Band:** Okay.

**Pe'era Feldman:** I didn't take it into account, I thought that it's more for ongoing. Okay? So we went over, we went over everything, correct?

**Ilan Band:** Uh, yes, over the emails. Yes. Daniella and Ossi, right?

**Pe'era Feldman:** In Israel IT, they did our website.

**Ilan Band:** …

**Pe'era Feldman:** This is Oshri…

**Ilan Band:** …

**Pe'era Feldman:** That we said we would do.

**Ilan Band:** Where we came from, in …

**Pe'era Feldman:** Okay. Yes, the … it's not me. Is it you?

**Ilan Band:** Like, I'm asking for advice. Yes. It's, like, the, making progress.

**Pe'era Feldman:** Yes.

**Ilan Band:** Uh …

**Pe'era Feldman:** It's such a shame not to continue.

**Ilan Band:** What, how, how, like, give, give me a minute, because at the end, the way it sounds, how, what is …

**Pe'era Feldman:** Look, I, I, I, I had several insights in the last week, and in the end we reached what, what's happening. That the person that we sat, like, on the, really on the .. I said, at the end of the last year, why didn't we invest a lot in the product? Meaning, at the end of the day it was obvious, yes? Now, thank god, it became, I feel as if I, Tisha left in June …

**Ilan Band:** Yes.

**Pe'era Feldman:** After that I needed to hire, and then Ilit said no to me, and then I went on maternity leave. Like, and this whole thing, but, and this is after the, this was immediately after the investment. Why didn't I say, but what's happening with the product? Like, we didn't even sit in the market, in …

**Ilan Band:** In …

**Pe'era Feldman:** In a week, yes, okay. Like, and there wasn't … of the product. And I said all the time, why isn't there more of, products and not enough, like …

**Ilan Band:** Yes, but it's not only the products. At the end of the day, like, they took, everyone who, like, I don't know how much detail they provided, but eventually all of the customers that did exist, or 95% of them …

**(Speaking at the same time)**

**Pe'era Feldman:** I also never received a list of customers.

**Ilan Band:** No, but I'm saying, they all the relation. They all said, We're not receiving the, the product that …

**Pe'era Feldman:** I, you know, I, I don't even, I, I, this is the first time that I'm hearing this.

**Ilan Band:** No, I understand …

**Pe'era Feldman:** I heard it from the … I heard about two such incidents that happened, uh, hold on, maybe this is Matan. Matan?

**(Pe'era Feldman talks on the phone)**

**Pe'era Feldman:** (On the phone – in shekels. Bye)

**(Liad Agmon leaves the room)**

**(Udi Netzer enters the room)**

**Udi Netzer:** What, he continued?

**Pe'era Feldman:** Will you take me out for coffee?

**Udi Netzer:** Why did he leave?

**Pe'era Feldman:** I don't know. Did something happen?

**(Liad Agmon enters the room)**

**Udi Netzer:** She asked if something happened to you, I told her that I don't know.

**Ilan Band:** Nothing happened.

**Pe'era Feldman:** If we could measure out the surprises for this morning, because this is the surprises for this morning.

**Ilan Band:** Uh, beyond the …

**Pe'era Feldman:** Yes, did something else happen?

**Ilan Band:** No, no.

**Pe'era Feldman:** That I need to discover?

**Ilan Band:** What happened?

**Pe'era Feldman:** I don't know. Okay.

**Ilan Band:** Okay, I understand what you're saying, it's like, it's a bit more than that, of all of the product.

**Pe'era Feldman:** No, of course, but, like, I knew about two customers who did termination, who were in Emanual's time, who were, they were unqualified, they were kind of deals of tens of thousands of dollars that they insisted on continuing with them, and this is on the termination.

**Ilan Band:** Kim, Ariel received commission.

**Pe'era Feldman:** You know, I don't think, I'm not familiar with those numbers, because it's peoples' salaries.

**Ilan Band:** Doesn't it match up for you now? You can't connect it?

**Pe'era Feldman:** I'm starting, I …

**Ilan Band:** No, they closed transactions. In the past year they closed about 20 …

**Pe'era Feldman:** They were closed. A customer, closed, like …

**(Speaking at the same time)**

**Ilan Band:** How many of them went home?

**Udi Netzer:** Uh, they all went home.

**Ilan Band:** Yes, everyone.

**Pe'era Feldman:** Fine.

**(Speaking at the same time)**

**Udi Netzer:** So we have a product problem.

**Pe'era Feldman:** In my opinion, yes.

**Ilan Band:** There's a product problem that it doesn't run.

**Pe'era Feldman:** In my opinion it's not, it's not in, it's not in, it's we talked about it a lot. I think that about the product we need …

**Ilan Band:** Because it's …

**(Talking at the same)**

**Pe'era Feldman:** Uh, I'm writing it to Tami.

**(Section without speech)**

**Pe'era Feldman:** Uh, it's a transfer to another resident. Like, which, I'll ask Liad. Where's Liad?

**Ilan Band:** Uh …

**Pe'era Feldman:** Is he here?

**(Section without speech)**

**Pe'era Feldman:** Okay. What should we do with the computer, uh, so … I'm not pausing yet, so I'm still not on pause with those three things. Ilan?

**Ilan Band:** On …

**Pe'era Feldman:** Maybe I'll send you by email, the …

**Ilan Band:** Yes, send it to me, I'll talk to …

**Liad Agmon:** I'm going to a meeting. Ilan, are you here? So, uh, simply update us, send confirmation of transfer to Ilan and to us.

**Pe'era Feldman:** By WhatsApp?

**Ilan Band:** No, to me, you don't need to send the confirmation of transfer to me.

**Liad Agmon:** Fine.

**Pe'era Feldman:** Fine.

**(Pe'era Feldman toys with her cellphone)**

**Liad Agmon:** (On the phone – What do you need? Okay, so what do I need to do? Wait, hold on, wait, Ilit. Yes. Yes. Hold on a minute. You, can you bring me the laptop for a minute? Here Ilan, period, Biz, the account is activated. Wait, wait. Is this the new one?)

**Ilan Band:** Here.

**Liad Agmon:** What? Does this belong to the company?

**Ilan Band:** This belongs to the company.

**Liad Agmon:** No, I had something else that belongs to the company, no?

**Ilan Band:** It belongs to the company.

**Liad Agmon:** This is mine.

**Ilan Band:** No, this is my username.

**Liad Agmon:** Uh, this is your username? So hold on, wait, hold on. I, I'll log in quickly.

**Tami Bruner:** Yes, log in with the E, W, two, nine, nine, zero, nine.

**Liad Agmon:** How? W, there's no, I changed the pass, I changed this name.

**Tami Bruner:** Uh, you changed this name?

**(Speaking at the same time)**

**Liad Agmon:** Hold on, hold on, let me, log in.

**Tami Bruner:** Okay.

**Pe'era Feldman:** Regarding …

**Liad Agmon:** Tell me the verification code.

**Tami Bruner:** Zero, seven, one, three, nine.

**Liad Agmon:** Zero, seven, one, three, nine. Just update the bank, uh, that this will be Tami's number.

**Tami Bruner:** Okay.

**Liad Agmon:** I'm in the bank account now.

**Tami Bruner:** I'm not, they aren't authorized in the bank account.

**Liad Agmon:** No, but the, but the clerk needs to do it.

**Tami Bruner:** Okay, it needs to be taken care of.

**Liad Agmon:** Yes, so now I'm in. So what do you need me to see?

**Tami Bruner:** No, no, no, I don't need anything, I just wanted to see that they made the separation and you can enter, because I removed …

**Liad Agmon:** Uh, yes, I can enter 170422777.

**Tami Bruner:** Great.

**Liad Agmon:** Uh, so it's only that, will change the account in the number to two factor, okay? Uh, to Tami's number.

**Tami Bruner:** Yes, yes, yes. Okay, fine.

**Liad Agmon:** Okay, thanks a lot. Bye.

**Ilan Band:** Whose is this?

**Liad Agmon:** It's, uh … she's in the bank, she did … from Joonko's account, I have a question.

**(Speaking at the same time)**

**Liad Agmon:** No, no, There's less money there than we need …

**Ilan Band:** … so I …

**Liad Agmon:** Now, its live.

**Ilan Band:** No, I know, it's, it's, it's all from, from today.

**Liad Agmon:** Because in, it turns out that you transferred some 800,000 shekel to …

**Ilan Band:** Okay.

**Liad Agmon:** Uh, which is the …

**Ilan Band:** Okay, it's, it's inside the company.

**(Silence)**

**Pe'era Feldman:** There's all the Swipe that is now being ordered. Perhaps it should be stopped. It's the …

**Ilan Band:** Is it direct?

**Pe'era Feldman:** It's direct, yes.

**Ilan Band:** Send it to me, I'll talk to, send it to me too.

**(Section without speech)**

**Pe'era Feldman:** I think, what's he called …

**Liad Agmon:** So, Ilan, I'm going to a meeting, update me.

**Ilan Band:** At 4 pm There's a customer update …

**Liad Agmon:** Fine.

**Ilan Band:** Should I send you an invitation to this?

**Liad Agmon:** Yes, and when There's, you'll send to us, Pe'era, the, the confirmation of the transfer?

**Pe'era Feldman:** Yes, yes, I'm waiting for it now.

**Liad Agmon:** Okay. Uh, fine, so I, I'll be in touch with you soon. Uh, Pe'era, I'm sorry about the mess, but we, as you can see …

**Pe'era Feldman:** No, I, I'm …

**Liad Agmon:** As you can see …

**Pe'era Feldman:** Shocked. I …

**Liad Agmon:** It will take you a lot longer to digest, for all of us. It's, it's an event that isn't easy to digest and I also, uh, think that she needs psychological help. Because it's, it's something that is, it's, it's not something on a regular basis, like, that someone, it's something that, she has a problem. I hope that it's, I hope that it will work out the, what, what does that mean work out? I hope that it won't reach levels, uh, of police and it, its criminal, it's …

**Pe'era Feldman:** No, it's, that's what …

**Liad Agmon:** This is the situation.

**Pe'era Feldman:** I don't even know, even what, what it's.

**(Talking far away from the recording device)**

**Pe'era Feldman:** I'll tell them everything.

**Ilan Band:** Uh, I also, we …

**Pe'era Feldman:** Yes.

**Ilan Band:** Group … is the meeting of everyone general?

**Pe'era Feldman:** For the whole company? Yes. Do I need to be at the announcement as well? Won't it look a bit suspicious if I'm not at the announcement?

**Ilan Band:** No. I'll also tell you exactly what they are going to say there, it's like.

**Pe'era Feldman:** Yes. We need to check with Aviv, does Aviv know?

**Ilan Band:** No, an outline.

**Pe'era Feldman:** Okay.

**(Silence)**

**Pe'era Feldman:** … because I don't know who the vendor is of, uh …

**Ilan Band:** Who?

**Pe'era Feldman:** Aviv. I don't know who the vendor is of, uh, PG.

**Ilan Band:** Yes, yes.

**(Silence)**

**Pe'era Feldman:** (On the phone – what's up Aviv? Who is our vendor, of, uh, of, uh, salesforce? Is it still active? Like, we have P&G, we have, are they called P&G? Do we still have ongoing or is it not. Okay, fine. Thanks a lot. Bye).

**(Section without speech)**

**Udi Netzer:** And where is Pe'era? Where is Ilit? She is, did she leave?

**Ilan Band:** She's with Tami at the bank.

**Udi Netzer:** What?

**Ilan Band:** With Tami at the bank.

**Udi Netzer:** Uh, hasn't she come back yet?

**Pe'era Feldman:** No, I'm trying to see if There's anything else that …

**Ilan Band:** Fine, I think, everything is fine, in the meantime.

**Pe'era Feldman:** Yes, I think that at the moment these are the things that are the most, There's some, of the staff that need to have money transferred to them, it's not now, uh, not something, it's freezing in this room. What will be said to the company? What will be done with the company? What about the company? No, I've f, I've finished.

**Ilan Band:** Yes, I'll input what the …

**Udi Netzer:** You're doing the conversation, right?

**Ilan Band:** Daniel and I, meaning, Tami and I, I think.

**Pe'era Feldman:** You and Tami?

**Ilan Band:** Tami and I. But I'll talk.

**(Section without speech)**

**Pe'era Feldman:** How do I disconnect my username from here?

**Ilan Band:** Yours?

**Pe'era Feldman:** Like, my username for Apple.

**Ilan Band:** The company's email?

**Pe'era Feldman:** No, the, the, my private username is connected here.

**Ilan Band:** On the computer?

**Pe'era Feldman:** Yes. Is there a way?

**Ilan Band:** Hold on. You're lea, leaving the computer.

**Pe'era Feldman:** No?

**Ilan Band:** Yes, so that, do you have another computer at home?

**Pe'era Feldman:** Not like this, like, an old one.

**Ilan Band:** So you, uh, you can, sign on concurrently, right?

**Pe'era Feldman:** Yes. I will just disconnect my username. No?

**Ilan Band:** Yes, hold on.

**Pe'era Feldman:** I will disconnect my username.

**Ilan Band:** So other people won't sign in to your computer.

**Pe'era Feldman:** It's just I have, it's connected to my phone. All of my private things are here.

**(Silence)**

**Ilan Band:** I think, it's a second with Liad in my opinion.

**Pe'era Feldman:** Yes, I'll erase the …

**(Speaking at the same time)**

**Pe'era Feldman:** No, okay, I'll do …

**(Section without speech)**

**Pe'era Feldman:** I'm just … pregnant, Ilan.

**Ilan Band:** You were pregnant.

**Pe'era Feldman:** Yes.

**Ilan Band:** Yes, There's, we have a lot …

**Pe'era Feldman:** There are, uh, things on my mind. Nofar now, it's, we need to talk to Nofar, Nofar asked me what it is. I'm not answering her, but …

**(Section without speech)**

**Pe'era Feldman:** The only thing that I forged in my life is that … it's a kind of prescription for contact lenses, because in the U.S. you need a prescription, that's the only thing I did in my life. Like, if I try and think.

**Ilan Band:** Do you want something to drink?

**Pe'era Feldman:** Definitely not.

**(Section without speech)**

**Udi Netzer:** She's …

**Pe'era Feldman:** Uh, I understand that I'm not allowed to come in. I have a parcel that is waiting, but, uh …

**(Section without speech)**

**Udi Netzer:** There's …

**Pe'era Feldman:** They want me to do the transfer, but you know, to do a transfer of God knows how much money, it doesn't take a minute and a half.

**Udi Netzer:** Is he there?

**Pe'era Feldman:** What?

**Udi Netzer:** Is Matan at the bank?

**Pe'era Feldman:** Yes, Matan is trying on the app, to set it up on the phone.

**Udi Netzer:** Is there anyone there to talk to, at 1:20?

**Pe'era Feldman:** I don't know.

**Udi Netzer:** 900,000 exist in the account.

**Pe'era Feldman:** Mine? Yes. I can't understand though what I'm doing with it. Meaning, I didn't receive money like that into my possession.

**Udi Netzer:** No?

**Pe'era Feldman:** I didn't receive money like that.

**Udi Netzer:** Yes, uh …

**Pe'era Feldman:** And then there was an issue with me being an American citizen, so, there was a mess, there was a lot …

**Udi Netzer:** Fine, okay, it will be dealt with. It says 45 days?

**Pe'era Feldman:** Yes. No, no, pay the amount of within5 days from today.

**Udi Netzer:** Yes.

**Pe'era Feldman:** That's it, leave.

**Udi Netzer:** What about income tax?

**Pe'era Feldman:** It doesn't say income tax as well, I don't even know what to do. What will she do now?

**Udi Netzer:** Who? Uh, Pe'era, this is the least of your problems.

**Pe'era Feldman:** Am I going to be prosecuted?

**Udi Netzer:** What?

**Pe'era Feldman:** Am I going to be prosecuted?

**Udi Netzer:** No.

**Pe'era Feldman:** Me?

**Udi Netzer:** You're not.

**Pe'era Feldman:** Uh, so you said to me the least of my problems. What other problems am I supposed to be aware of?

**Udi Netzer:** No, what, what Ilit will do, when you're talking about embezzlement …

**Pe'era Feldman:** It's clear that what?

**Udi Netzer:** There.

**Pe'era Feldman:** …

**Udi Netzer:** It's a company …

**Pe'era Feldman:** …

**Udi Netzer:** But, it's … it's a legal matter. You're still in the shadows.

**Pe'era Feldman:** What?

**Udi Netzer:** Still … you're going to the police.

**Pe'era Feldman:** Does Liad want?

**Udi Netzer:** Liad. But six months from today, meaning the money would have left. On the other hand, he doesn't, listen, if you receive all the money, so what do you care? He will receive most of the money. He won't succeed Yossi Faikel … he claims that he arrived …

**Pe'era Feldman:** That?

**Udi Netzer:** That for Galit they signed the, the amount … they signed that they read them and they are correct. So it's…

**(Silence)**

**Udi Netzer:** I don't think that you need, that you need to stay.

**Pe'era Feldman:** I don't know, do you want to receive the, who should I ask, Ilan?

**(Unclear noises)**

**Pe'era Feldman:** Ilan, are you going somewhere?

**End of recording**